MARGARET A. MCLETCHIE, Nevada Bar No. 10931
**MCLETCHIE LAW**
701 East Bridger Ave., Suite 520
Las Vegas, Nevada 89101
Telephone: (702) 728-5300; Fax: (702) 425-8220
Email: maggie@nvlitigation.com
*Attorney for Plaintiff Nebyou Solomon*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NEBYOU SOLOMON, an individual,<br>    Plaintiff,<br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; JOSEPH LOMBARDO, individually and in his official capacity as Sheriff; JOHN L. PELLETIER, an individual; RICHARD E. MAUPIN, an individual; RYAN J. FRYMAN, an individual; JUAN D. CONTRERAS, an individual; ALLEN J. PAVESE, an individual; BRANDON M. MEADS, an individual; FASHION SHOW MALL, LLC, a Nevada limited-liability company; UNIVERSAL PROTECTION SERVICE, LLC, a Nevada limited-liability company; DOE SECURITY GUARDS I – III, individuals,<br>    Defendants. | Case. No.: 2:19-cv-00652-JAD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR PLAINTIFF'S RESPONSE TO DEFENDANT FASHION SHOW MALL, LLC'S MOTION TO DISMISS (ECF No. 13)**<br><br>**(SECOND REQUEST)**<br><br>(ECF No. 26) |

   Pursuant to LR IA 6-1, Plaintiff NEBYOU SOLOMON and Defendant FASHION SHOW MALL, LLC, by and through their respective counsel, hereby stipulate and request that this Court extend the deadline to file the Plaintiff's Response to Defendant Fashion Show Mall LLC's Motion to Dismiss (ECF No. 13) filed on August 29, 2019 by an additional fourteen (14) days, extending the deadline from September 26, 2019 to October 10, 2019. *See* ECF No. 23. This is the second stipulation for extension of time for Plaintiff to file his Response.

/ / /

1

This Request for an extension of time is not sought for any improper purpose or other purpose of delay. This request for extension is based upon the following:

Counsel for Plaintiff initiated this request due to her experiencing medical issues limiting her ability to timely respond to Defendant's Motion to Dismiss.

WHEREFORE, the parties respectfully request that this Court extend the deadline to file Plaintiff's Response to Defendant Fashion Show Mall's Motion to Dismiss (ECF No. 13) filed on August 29, 2019 to up to and including October 10, 2019.

IT IS SO STIPULATED.

DATED this 25th day of September, 2019.　　　DATED this 25th day of September, 2019.

**MCLETCHIE LAW**　　　　　　　　　　　　　**KAEMPFER CROWELL**

*/s/ Margaret A. McLetchie*　　　　　　　　　*/s/ Bryan M. Viellion*
Margaret A. McLetchie, NBN 10931　　　　Anthony J. Celeste, NBN 8776
701 E. Bridger Ave., Suite 520　　　　　　　Bryan M. Viellion, No. 13607
Las Vegas, NV 89101　　　　　　　　　　　1980 Festival Plaza Dr., Suite 650
*Attorney of Plaintiff Neybou Solomon*　　　Las Vegas, Nevada 89135
　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*
　　　　　　　　　　　　　　　　　　　　　*Fashion Show Mall LLC*

### **ORDER**

IT IS SO ORDERED.

_____
HONORABLE JUDGE JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE
Dated: September 26, 2019.