KAEMPFER CROWELL
Anthony J. Celeste, No. 8776
Bryan M. Viellion, No. 13607
1980 Festival Plaza Dr.
Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Facsimile: (702) 796-7181
Email: aceleste@kcnvlaw.com
Email: bviellion@kcnvlaw.com

Attorneys for Defendant Fashion Show Mall

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NEBYOU SOLOMON, an individual,<br><br>Plaintiff,<br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; JOSEPH LOMBARDO, individually and in his official capacity as Sheriff; JOHN L. PELLETIER, an individual; RICHARD E. MAUPIN, an individual; RYAN J. FRYMAN, an individual; JUAN D. CONTRERAS, an individual; ALLEN J. PAVESE, an individual; BRANDON M. MEADS, an individual; FASHION SHOW MALL, LLC, a Nevada limited–liability company; UNIVERSAL PROTECTION SERVICE, LLC, a Nevada limited-liability company DOE SECURITY GUARDS I-III, individuals,<br><br>Defendants. | Case No.: 2:19-cv-00652-JAD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR DEFENDANT FASHION SHOW MALL LLC TO FILE ITS REPLY TO PLAINTIFF'S RESPONSE IN OPPOSITION TO THE MOTION TO DISMISS (ECF NO. 28)**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1, Defendant Fashion Show Mall, LLC and Plaintiff Nebyou Solomon, by and through their respective counsel, stipulate and request this Court extend the deadline to file Defendants Reply to Plaintiff's Response in Opposition to the Motion to Dismiss (ECF. No. 28) filed on October 10, 2019 by and additional 8 days from October 17, 2019 to

KAEMPFER CROWELL
1980 Festival Plaza Dr.
Suite 650
Las Vegas, Nevada 89135

Stipulation and Order extending deadline to file Reply - Solomon 11453.409

Page 1 of 2

October 25, 2019. This is the first stipulation for an extension of time for Defendant to file its Reply.

This request for an extension results does not result from an improper purpose or other purpose for delay. Defendant's counsel requested the extension as it has multiple deadlines coming due at the same time for multiple cases and also because counsel will be out of the jurisdiction for 3 days unexpectedly.

WHEREFORE, the parties respectfully request that this Court extend the deadline to file Defendant's Reply to Plaintiff's Response in Opposition to the Motion to Dismiss (ECF. No. 28) filed on October 10, 2019 to up to and including October 25, 2019.

IT IS SO STIPULATED

| MCLETCHIE LAW | KAEMPFER CROWELL |
|---|---|
| */s/ Margaret A. McLetchie* <br> Margaret A. McLetchie, No. 10931 <br> 701 E. Bridger Ave., Suite 520 <br> Las Vegas, NV 89101 <br> *Attorney of Plaintiff Neybou Solomon* | */s/ Bryan M. Viellion* <br> Anthony J. Celeste, No 8776 <br> Bryan M. Viellion, No. 13607 <br> 1980 Festival Plaza Dr., Suite 650 <br> Las Vegas, Nevada 89135 <br> *Attorneys for Defendant* <br> *Fashion Show Mall LLC* |

## **ORDER**

IT IS SO ORDERED.

_____
HONORABLE JUDGE JENNIFER A. DORSEY
U.S. DISTRICT COURT JUDGE

Dated: October 17, 2019.

KAEMPFER CROWELL
1980 Festival Plaza Dr.
Suite 650
Las Vegas, Nevada 89135

Stipulation and Order extending deadline to file Reply - Solomon 11453.409

Page 2 of 2