1  KAEMPFER CROWELL
   Anthony J. Celeste, No. 8776
2  Bryan M. Viellion, No. 13607
   1980 Festival Plaza Dr.
3  Suite 650
   Las Vegas, Nevada  89135
4  Telephone: (702) 792-7000
   Facsimile: (702) 796-7181
5  Email: aceleste@kcnvlaw.com
   Email: bviellion@kcnvlaw.com
6
   Attorneys for Defendant Fashion Show Mall
7
                    **UNITED STATES DISTRICT COURT**
8
                        **DISTRICT OF NEVADA**
9

10  NEBYOU SOLOMON, an individual,              Case No.: 2:19-cv-00652-JAD-DJA

11                     Plaintiff,
                vs.
12
    LAS VEGAS METROPOLITAN POLICE
13  DEPARTMENT; JOSEPH LOMBARDO,              **ORDER GRANTING STIPULATION**
    individually and in his official capacity as  **TO EXTEND THE DEADLINE FOR**
14  Sheriff; JOHN L. PELLETIER, an           **DEFENDANT FASHION SHOW MALL**
    individual; RICHARD E. MAUPIN, an        **LLC TO FILE ITS REPLY TO**
15  individual; RYAN J. FRYMAN, an           **PLAINTIFF'S RESPONSE IN**
    individual; JUAN D. CONTRERAS, an        **OPPOSITION TO THE MOTION TO**
16  individual; ALLEN J. PAVESE, an          **DISMISS (ECF NO. 28)**
    individual; BRANDON M. MEADS, an
17  individual; FASHION SHOW MALL, LLC,      **(SECOND REQUEST)**
    a Nevada limited–liability company;
18  UNIVERSAL PROTECTION SERVICE,            **[ECF No. 33]**
    LLC, a Nevada limited-liability company
19  DOE SECURITY GUARDS I-III, individuals,

20                    Defendants.

21          Pursuant to LR IA 6-1, Defendant Fashion Show Mall, LLC and Plaintiff Nebyou

22  Solomon, by and through their respective counsel, stipulate and request this Court extend the

23  deadline to file Defendants Reply to Plaintiff's Response in Opposition to the Motion to Dismiss

24  (ECF. No. 28) filed on October 10, 2019.   This Court granted counsels' request for a First

Extension (ECF. No 31) extending the deadline to October 25, 2019. This second request seeks to extend the deadline from October 25, 2019 to and including November 1, 2019.

This second request for an extension does not result from an improper purpose or other purpose for delay. Defendant's counsel requested this second extension as the family issue which he attended to outside of Nevada required more time than he originally anticipated.

WHEREFORE, the parties respectfully request that this Court extend the deadline to file Defendant's Reply to Plaintiff's Response in Opposition to the Motion to Dismiss (ECF. No. 28) filed on October 10, 2019 to up to and including November 1, 2019.

IT IS SO STIPULATED

**MCLETCHIE LAW**

*/s/ Margaret A. McLetchie*
Margaret A. McLetchie, No. 10931
701 E. Bridger Ave., Suite 520
Las Vegas, NV 89101
*Attorney of Plaintiff Neybou Solomon*

**KAEMPFER CROWELL**

*/s/ Bryan M. Viellion*
Anthony J. Celeste, No 8776
Bryan M. Viellion, No. 13607
1980 Festival Plaza Dr., Suite 650
Las Vegas, Nevada 89135
*Attorneys for Defendant*
*Fashion Show Mall LLC*

**<u>ORDER</u>**

IT IS SO ORDERED.

_____
U.S. District Judge Jennifer A. Dorsey

DATED: October 24, 2019

**KAEMPFER CROWELL**
1980 Festival Plaza Dr.
Suite 650
Las Vegas, Nevada 89135

2447695_1 11453.409

Page 2 of 2