MARGARET A. MCLETCHIE, Nevada Bar No. 10931
**MCLETCHIE LAW**
701 East Bridger Ave., Suite 520
Las Vegas, Nevada 89101
Telephone: (702) 728-5300; Fax: (702) 425-8220
Email: maggie@nvlitigation.com
*Attorney for Plaintiff Nebyou Solomon*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NEBYOU SOLOMON, an individual,<br>　　　　Plaintiff,<br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; JOSEPH LOMBARDO, individually and in his official capacity as Sheriff; JOHN L. PELLETIER, an individual; RICHARD E. MAUPIN, an individual; RYAN J. FRYMAN, an individual; JUAN D. CONTRERAS, an individual; ALLEN J. PAVESE, an individual; BRANDON M. MEADS, an individual; FASHION SHOW MALL, LLC, a Nevada limited-liability company; UNIVERSAL PROTECTION SERVICE, LLC, a Nevada limited-liability company; DOE SECURITY GUARDS I – III, individuals,<br>　　　　Defendants. | Case. No.: 2:19-cv-00652-JAD-DJA<br><br>**<u>ORDER GRANTING STIPULATION TO EXTEND THE DEADLINE FOR PLAINTIFF'S RESPONSE TO DEFENDANT UNIVERSAL PROTECTION SERVICE, LLC'S MOTION FOR JUDGMENT ON THE PLEADINGS (ECF No. 32)</u>**<br><br>**(FIRST REQUEST)**<br><br>[ECF No. 37] |

Pursuant to LR IA 6-1, Plaintiff NEBYOU SOLOMON and Defendant UNIVERSAL PROTECTION SERVICE, LLC, by and through their respective counsel, hereby stipulate and request that this Court extend the deadline to file the Plaintiff's Response to Defendant Universal Protection Service, LLC's Motion for Judgment on the Pleadings (ECF No. 32) filed on October 23, 2019 by an additional fourteen (14) days, extending the deadline from November 6, 2019 to November 20, 2019. This is the first stipulation for extension of time for Plaintiff to file his Response.

/ / /

1

This Request for an extension of time is not sought for any improper purpose or other purpose of delay. This request for extension is based upon the following:

Counsel for Plaintiff initiated this request due to her scheduling conflicts limiting her ability to timely respond to Defendant's Motion for Judgment on the Pleadings.

WHEREFORE, the parties respectfully request that this Court extend the deadline to file Plaintiff's Response to Defendant Universal Protection Service, LLC's Motion for Judgment on the Pleadings (ECF No. 32) filed on October 23, 2019 to up to and including November 20, 2019.

IT IS SO STIPULATED.

DATED this 6th day of November, 2019.　　　　DATED this 6th day of November, 2019.

**MCLETCHIE LAW**　　　　　　　　　　　　**WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC**

/s/ Margaret A. McLetchie　　　　　　　　　　/s/ Christopher T. Byrd
Margaret A. McLetchie, NBN 10931　　　　　Jeremy R. Alberts, NBN10797
701 E. Bridger Ave., Suite 520　　　　　　　　Christopher T. Byrd, NBN 6582
Las Vegas, NV 89101　　　　　　　　　　　　6385 South Rainbow Blvd., Suite 400
*Attorney of Plaintiff Neybou Solomon*　　　　Las Vegas, Nevada 89118
　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*
　　　　　　　　　　　　　　　　　　　　　　*Universal Protection Service LLC*

### Order

Local Rule 7-1(c) states that "[a] stipulation that has been signed by fewer than all the parties or their attorneys will be treated—and must be filed—as a joint motion." This stipulation [ECF No. 37] is between the plaintiff and only one of several defendants in this case. Accordingly, I treat the stipulation [ECF No. 37] as a joint motion under LR 7-1(c), find good cause, and GRANT it.

_____
U.S. District Judge Jennifer A. Dorsey
DATED: November 6, 2019