Jeremy R. Alberts, Esq.
Nevada Bar No. 10797
jalberts@wwhgd.com
Christopher T. Byrd, Esq.
Nevada Bar No. 6582
cbyrd@wwhgd.com
WEINBERG, WHEELER, HUDGINS,
 GUNN & DIAL, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
Telephone: (702) 938-3838
Facsimile: (702) 938-3864

*Attorneys for Defendant*
*Universal Protection Service, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NEBYOU SOLOMON,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; JOSEPH LOMBARDO, individually and his official capacity as Sheriff; JOHN L. PELLETIER, an individual; RICHARD E. MAUPIN, an individual; RYAN J. FRYMAN, an individual; JUAN D. CONTRERAS, an individual; ALLEN J. PAVESE, an individual; BRANDON M. MEADS, an individual; FASHION SHOW MALL, LLC, a Nevada limited-liability company; UNIVERSAL PROTECTION SERVICE, LLC, a Nevada limited-liability company; DOE SECURITY GUARDS I – III, and individuals,<br><br>Defendants. | Case No.: 2:19-cv-00652-JAD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE DEFENDANT UPS'S REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT UNIVERSAL PROTECTION SERVICE, LLC'S MOTION FOR JUDGMENT ON THE PLEADINGS (ECF NO. 39)**<br><br>(FIRST REQUEST) |

Pursuant to LR IA 6-1, Plaintiff NEBYOU SOLOMON ("Plaintiff") and Defendant UNIVERSAL PROTECTION SERVICE, LLC ("Defendant UPS"), by and through their respective counsel, hereby stipulate and request that this Court extend the deadline to file Defendant UPS's Reply to Plaintiff's Opposition to

Defendant Universal Protection Service, LLC's Motion for Judgment on the Pleadings (ECF No. 39) ("Reply"), by an additional fourteen (14) days, **extending the Reply deadline from November 27, 2019 to December 11, 2019**. Plaintiff's Opposition to Defendant Universal Protection Service, LLC's Motion for Judgment on the Pleadings (ECF No. 39) ("Opposition") was filed on November 20, 2019. This is the first stipulation for extension of time for Defendant UPS to file its Reply.

This request for an extension of time is not sought for any improper purpose or other purpose of delay. This request for extension is based upon the following: Counsel for Defendant UPS initiated this request due to its scheduling conflicts limiting its ability to timely respond to Plaintiff's Opposition.

WHEREFORE, the parties respectfully request that this Court extend the deadline to file Defendant UPS's Reply from November 27, 2019 to December 11, 2019.

IT IS SO STIPULATED.

Dated: November 27, 2019

MCLETCHIE LAW

/s/ Margaret A. McLetchie
Margaret A. McLetchie, Esq.
701 E. Bridger Ave., Suite 520
Las Vegas, NV 89101
*Attorneys for Plaintiff*

Dated: November 27, 2019

WEINBERG, WHEELER, HUDGINS,
  GUNN & DIAL, LLC

/s/ Jeremy R. Alberts
Jeremy R. Alberts, Esq.
Christopher T. Byrd, Esq.
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
*Attorneys for Defendant*
*Universal Protection Service, LLC*

## **ORDER**

IT IS SO ORDERED that the deadline for Defendant UPS to file its Reply to Plaintiff's Opposition to Defendant Universal Protection Service, LLC's Motion for Judgment on the Pleadings (ECF No. 39) be extended from November 27, 2019 to December 11, 2019.

Dated: December 2, 2019.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

WEINBERG, WHEELER, HUDGINS,
 GUNN & DIAL, LLC

/s/ Jeremy R. Alberts
Jeremy R. Alberts, Esq.
Christopher T. Byrd, Esq.
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
*Attorneys for Defendant
Universal Protection Service, LLC*