Jeremy R. Alberts, Esq.
Nevada Bar No. 10797
*jalberts@wwhgd.com*
Christopher T. Byrd, Esq.
Nevada Bar No. 6582
*cbyrd@wwhgd.com*
WEINBERG, WHEELER, HUDGINS,
 GUNN & DIAL, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada  89118
Telephone:   (702) 938-3838
Facsimile:    (702) 938-3864

*Attorneys for Defendant*
*Universal Protection Service LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NEBYOU SOLOMON,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; JOSEPH LOMBARDO, individually and his official capacity as Sheriff; JOHN L. PELLETIER, an individual; RICHARD E. MAUPIN, an individual; RYAN J. FRYMAN, an individual; JUAN D. CONTRERAS, an individual; ALLEN J. PAVESE, an individual; BRANDON M. MEADS, an individual; FASHION SHOW MALL, LLC, a Nevada limited-liability company; UNIVERSAL PROTECTION SERVICE, LLC, a Nevada limited-liability company; DOE SECURITY GUARDS I – III, and individuals,<br><br>　　　　　　Defendants. | Case No.:  2:19-cv-00652-JAD-DJA<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE FOR DEFENDANT UNIVERSAL PROTECTION SERVICE, LLC TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

1    Pursuant to LR IA 6-1, Plaintiff NEBYOU SOLOMON ("Plaintiff") and
2    Defendant UNIVERSAL PROTECTION SERVICE, LLC ("Defendant UPS"), by
3    and through their respective counsel, hereby stipulate and request that this Court
4    extend the deadline for Defendant UPS to file its response to Plaintiff's Second
5    Amended Complaint (ECF No. 48), **from March 23, 2020 to fourteen (14) days**
6    **after the Court's adjudication of Plaintiff's Motion for Leave to File Third**
7    **Amended Complaint (ECF No. 49)**.

   This is the first stipulation for extension of time for Defendant UPS to file a
response to Plaintiff's Second Amended Complaint. This request for an extension
of time is not sought for any improper purpose or other purpose of delay.

   WHEREFORE, the parties respectfully request that this Court extend the
deadline to file Defendant UPS's response to Plaintiff's Second Amended
Complaint, **from March 23, 2020 to fourteen (14) days after the Court's**
**adjudication of Plaintiff's Motion for Leave to File Third Amended**
**Complaint (ECF No. 49)**.

   IT IS SO STIPULATED.

Dated: March 19, 2020

McLETCHIE LAW

/s/ Alina M. Shell
_____
Margaret A. McLetchie, Esq.
Alina M. Shell, Esq.
701 E. Bridger Ave., Suite 520
Las Vegas, NV 89101
*Attorneys for Plaintiff*

Dated: March 19, 2020

WEINBERG, WHEELER, HUDGINS,
  GUNN & DIAL, LLC

/s/ Jeremy R. Alberts
_____
Jeremy R. Alberts, Esq.
Christopher T. Byrd, Esq.
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada  89118
*Attorneys for Defendant*
*Universal Protection Service, LLC*

*Nebyou Solomon v. Las Vegas Metropolitan Police Department, et al.*
Case No. *2:19-cv-00652-JAD-DJA*

## **ORDER**

IT IS SO ORDERED that the deadline for Defendant UPS to file its response to Plaintiff's Second Amended Complaint (ECF No. 48) be extended from March 23, 2020 to fourteen (14) days after the Court's adjudication of Plaintiff's Motion for Leave to File Third Amended Complaint (ECF No. 49).

DATED this 23rd day of March, 2020.

_____
Daniel J. Albregts
United States Magistrate Judge

Respectfully submitted by:

WEINBERG, WHEELER, HUDGINS,
 GUNN & DIAL, LLC

*/s/ Jeremy R. Alberts*
_____
Jeremy R. Alberts, Esq.
Christopher T. Byrd, Esq.
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
*Attorneys for Defendant*
*Universal Protection Service, LLC*