KAEMPFER CROWELL
Anthony J. Celeste, No. 8776
Bryan M. Viellion, No. 13607
1980 Festival Plaza Dr.
Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Facsimile: (702) 796-7181
Email: aceleste@kcnvlaw.com
Email: bviellion@kcnvlaw.com

Attorneys for Defendant
Fashion Show Mall, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NEBYOU SOLOMON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; JOSEPH LOMBARDO, individually and in his official capacity as Sheriff; JOHN L. PELLETIER, an individual; RICHARD E. MAUPIN, an individual; RYAN J. FRYMAN, an individual; JUAN D. CONTRERAS, an individual; ALLEN J. PAVESE, an individual; BRANDON M. MEADS, an individual; FASHION SHOW MALL, LLC, a Nevada limited–liability company; UNIVERSAL PROTECTION SERVICE, LLC, a Nevada limited-liability company DOE SECURITY GUARDS I-III, individuals,<br><br>Defendants. | Case No.: 2:19-cv-00652-JAD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR DEFENDANT FASHION SHOW MALL, LLC TO FILE ITS RESPONSE TO PLAINTIFF'S THIRD AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1, Defendant Fashion Show Mall, LLC and Plaintiff Nebyou Solomon, by and through their respective counsel, stipulate and request this Court extend the deadline to file Defendant's Response to Plaintiff's Third Amended Complaint (ECF. No. 57) filed on March 24,

KAEMPFER CROWELL
1980 Festival Plaza Dr.
Suite 650
Las Vegas, Nevada 89135

2531412_1  11453.409

Page 1 of 3

2020 by an additional 14 days from April 7, 2020 to April 21, 2020. This is the first Stipulation for an extension of time for Defendant to file its Response.

This request for an extension results does not result from an improper purpose or other purpose for delay. The current COVID-19 pandemic and governmental restrictions imposed to combat it have delayed Defendant's counsel's ability to prepare Fashion Show's response and, therefore, Defendant's counsel requested this extension.

WHEREFORE, the parties respectfully request that this Court extend the deadline to file Defendant's Response to Plaintiff's Third Amended Complaint (ECF. No. 57) filed on March 24, 2020, up to and including April 21, 2020.

IT IS SO STIPULATED

| MCLETCHIE LAW | KAEMPFER CROWELL |
|---|---|
| /s/ Margaret A. McLetchie<br>Margaret A. McLetchie, No. 10931<br>701 E. Bridger Ave., Suite 520<br>Las Vegas, NV 89101<br>*Attorney for Plaintiff Neybou Solomon* | /s/ Bryan M. Viellion<br>Anthony J. Celeste, No 8776<br>Bryan M. Viellion, No. 13607<br>1980 Festival Plaza Dr., Suite 650<br>Las Vegas, Nevada 89135<br>*Attorneys for Defendant*<br>*Fashion Show Mall LLC* |

| MARQUIS AURBACH COFFING | WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC |
|---|---|
| /s/ Nick D. Crosby<br>Nick D. Crosby, No.<br>10001 Park Run Drive<br>Las Vegas, NV 89145<br>*Attorney for Defendant, LVMPD,*<br>*Joseph Lombardo, John L. Pelletier,*<br>*Richard E. Maupin, Ryan J. Fryman,*<br>*Juan D. Contreras, Allen J. Pavese,*<br>*and Brandon M. Meads* | /s/ Jeremy R. Alberts<br>Jeremy R. Alberts<br>Christopher T. Byrd<br>6385 South Rainbow Blvd., Suite 400<br>Las Vegas, NV 89118<br>*Attorneys for Defendant Universal*<br>*Protection Services, LLC* |

KAEMPFER CROWELL
1980 Festival Plaza Dr.
Suite 650
Las Vegas, Nevada 89135

2531412_1 11453.409

Page 2 of 3

## ORDER

IT IS SO ORDERED that the deadline for Defendant Fashion Show Mall, LLC to file its response to Plaintiff's Third Amended Complaint (ECF No. 57) shall be up to and including April 21, 2020.

Daniel J. Albregts
United States Magistrate Judge

DATED: April 8, 2020

Respectfully Submitted By:

KAEMPFER CROWELL

 */s/ Bryan M. Viellion*
Anthony J. Celeste, No 8776
Bryan M. Viellion, No. 13607
1980 Festival Plaza Dr., Suite 650
Las Vegas, Nevada 89135
*Attorneys for Defendant Fashion Show Mall LLC*

KAEMPFER CROWELL
1980 Festival Plaza Dr.
Suite 650
Las Vegas, Nevada 89135

2531412_1  11453.409

Page 3 of 3