|   |   |
|---|---|
| 1 | MARGARET A. MCLETCHIE, Nevada Bar No. 10931 |
| 2 | ALINA M. SHELL, Nevada Bar No. 11711 |
|   | LEO S. WOLPERT, Nevada Bar No. 12658 |
| 3 | **MCLETCHIE LAW** |
| 4 | 701 East Bridger Ave., Suite 520 |
|   | Las Vegas, Nevada 89101 |
| 5 | Telephone: (702) 728-5300; Fax: (702) 425-8220 |
|   | Email: maggie@nvlitigation.com |
| 6 | *Attorneys for Plaintiff Nebyou Solomon* |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NEBYOU SOLOMON, an individual, <br> Plaintiff, <br> vs. <br><br> LAS VEGAS METROPOLITAN POLICE DEPARTMENT; JOSEPH LOMBARDO, individually and in his official capacity as Sheriff; JOHN L. PELLETIER, an individual; RICHARD E. MAUPIN, an individual; RYAN J. FRYMAN, an individual; JUAN D. CONTRERAS, an individual; ALLEN J. PAVESE, an individual; BRANDON M. MEADS, an individual; FASHION SHOW MALL, LLC, a Nevada limited-liability company; UNIVERSAL PROTECTION SERVICE, LLC, a Nevada limited-liability company; DOE SECURITY GUARDS I – III, individuals, <br> Defendants. | Case. No.: 2:19-cv-00652-JAD-DJA <br><br> <u>**ORDER GRANTING**</u> <br> <u>**JOINT MOTION TO EXTEND THE DEADLINE FOR PLAINTIFF'S RESPONSE TO DEFENDANT UNIVERSAL PROTECTION SERVICE, LLC'S MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT (ECF No. 62)**</u> <br><br> **(FIRST REQUEST)** <br><br> ECF No. 69 |

Pursuant to Local Rule 7-1(c), Plaintiff NEBYOU SOLOMON and Defendant UNIVERSAL PROTECTION SERVICE, LLC, by and through their respective counsel, hereby move and request that this Court extend the deadline to file the Plaintiff's Response to Defendant Universal Protection Service, LLC's Motion to Dismiss Plaintiff's Third Amended Complaint (ECF No. 62) filed on April 7, 2020 by an additional fourteen (14) days, extending the deadline from April 21, 2020 to May 5, 2020. This is the first request for

1

extension of time for Plaintiff to file his Response.

This Request for an extension of time is not sought for any improper purpose or other purpose of delay. This request for extension is based upon the following:

Counsel for Plaintiff initiated this request due to her scheduling conflicts limiting her ability to timely respond to Defendant's Motion for to Dismiss Plaintiff's Third Amended Complaint.

WHEREFORE, the parties respectfully request that this Court extend the deadline to file Plaintiff's Response to Defendant Universal Protection Service, LLC's Motion to Dismiss Plaintiff's Third Amended Complaint (ECF No. 62) filed on April 7, 2020 up to and including May 5, 2020.

**IT IS SO STIPULATED.**

DATED this 15th day of April, 2020.    DATED this 15th day of April, 2020.

**MCLETCHIE LAW**                       **WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC**

*/s/ Margaret A. McLetchie*              */s/ Jeremy R. Alberts*
Margaret A. McLetchie, NBN 10931         Jeremy R. Alberts, NBN 10797
Alina M. Shell, NBN 11711                6385 South Rainbow Blvd., Suite 400
Leo S. Wolpert, NBN 12658                Las Vegas, Nevada 89118
701 E. Bridger Ave., Suite 520           *Attorneys for Defendant*
Las Vegas, NV 89101                      *Universal Protection Service LLC*
*Attorneys of Plaintiff Neybou Solomon*

**ORDER**

**IT IS SO ORDERED.**

_____
HONORABLE JUDGE JENNIFER A. DORSEY
U.S. DISTRICT COURT JUDGE

DATED: 4-16-2020

2