MARGARET A. MCLETCHIE, Nevada Bar No. 10931
ALINA M. SHELL, Nevada Bar No. 11711
LEO S. WOLPERT, Nevada Bar No. 12658
**MCLETCHIE LAW**
701 East Bridger Ave., Suite 520
Las Vegas, Nevada 89101
Telephone: (702) 728-5300; Fax: (702) 425-8220
Email: maggie@nvlitigation.com
*Attorneys for Plaintiff Nebyou Solomon*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NEBYOU SOLOMON, an individual,<br>　　　　Plaintiff,<br>　　vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; JOSEPH LOMBARDO, individually and in his official capacity as Sheriff; JOHN L. PELLETIER, an individual; RICHARD E. MAUPIN, an individual; RYAN J. FRYMAN, an individual; JUAN D. CONTRERAS, an individual; ALLEN J. PAVESE, an individual; BRANDON M. MEADS, an individual; FASHION SHOW MALL, LLC, a Nevada limited-liability company; UNIVERSAL PROTECTION SERVICE, LLC, a Nevada limited-liability company; DOE SECURITY GUARDS I – III, individuals,<br>　　　　Defendants. | Case. No.: 2:19-cv-00652-JAD-DJA<br><br>**Order Granting Joint Motions to Extend Time for Plaintiff to Respond to Universal Protection Service's and Fashion Show Mall's Motions to Dismiss**<br><br>[ECF Nos. 72, 73] |

　　　　Pursuant to Local Rule 7-1(c), Plaintiff NEBYOU SOLOMON, Defendant UNIVERSAL PROTECTION SERVICE, LLC, and Defendant FASHION SHOW MALL, by and through their respective counsel, hereby move and request that this Court extend the deadline to file the following:

/ / /

1

1)      Plaintiff's Response to Defendant Universal Protection Service, LLC's Motion to Dismiss Plaintiff's Third Amended Complaint (ECF No. 62), filed on April 7, 2020, by an additional 30 days, extending the deadline from May 5, 2020 to June 4, 2020. This is the second request for an extension of time for Plaintiff to file his Response.

2)      Plaintiff's Response to Fashion Show Mall, LLC's Motion to Dismiss Third Amended Complaint (ECF No. 71), filed on April 21, 2020, by an additional 30 days, extending the deadline from May 5, 2020 to June 4, 2020. This is the first request for an extension of time for Plaintiff to file his Response.

These requests for an extension of time are not sought for any improper purpose or other purpose of delay. These requests are based upon the following:

Plaintiff and Defendants Universal Protection Service, LLC and Fashion Show Mall are engaged in settlement discussions. Counsel for Plaintiff initiated this request to facilitate those discussions, save resources, and due to her scheduling conflicts.

THEREFORE, the parties respectfully request that this Court extend the deadline to file Plaintiff's Responses to 1) Defendant Universal Protection Service, LLC's Motion to Dismiss Plaintiff's Third Amended Complaint (ECF No. 62) and; 2) Fashion Show Mall, LLC's Motion to Dismiss Third Amended Complaint (ECF No. 71) up to and including June 4, 2020.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

*Nebyou Solomon v. Las Vegas Metropolitan Police Department, et al.*
*Case No.: 2-19-cv-00652-JAD-DJA*

**IT IS SO STIPULATED.**

DATED this 5th day of May, 2020.

**MCLETCHIE LAW**

/s/ Margaret A. McLetchie
Margaret A. McLetchie, NBN 10931
Alina M. Shell, NBN 11711
Leo S. Wolpert, NBN 12658
701 E. Bridger Ave., Suite 520
Las Vegas, NV 89101
*Attorneys of Plaintiff Nebyou Solomon*

DATED this 5th day of May, 2020.

**WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC**

/s/ Jeremy R. Alberts
Jeremy R. Alberts, NBN 10497
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
*Attorneys for Defendant Universal Protection Service LLC*

DATED this 5th day of May, 2020.

**KAEMPFER CROWELL**

/s/ Bryan M. Viellion
Anthony J. Celeste, NBN 8776
Bryan M. Viellion, NBN 13607
1980 Festival Plaza Dr., Suite 650
Las Vegas, Nevada 89135
*Attorneys of Defendant Fashion Show Mall*

## ORDER

Good cause appearing, IT IS HEREBY ORDERED that the joint motions to extend time **[ECF Nos. 72, 73] are GRANTED**. The time for plaintiff to respond to Universal Protection Service's motion to dismiss [ECF No. 62] and Fashion Show Mall's motion to dismiss [ECF No. 71] is **EXTENDED to June 4, 2020**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: May 8, 2020