1  MARGARET A. MCLETCHIE, Nevada Bar No. 10931
   ALINA M. SHELL, Nevada Bar No. 11711
2  LEO S. WOLPERT, Nevada Bar No. 12658
   **MCLETCHIE LAW**
3  701 East Bridger Ave., Suite 520
   Las Vegas, Nevada 89101
4  Telephone: (702) 728-5300; Fax: (702) 425-8220
5  Email: maggie@nvlitigation.com
   *Attorneys for Plaintiff Nebyou Solomon*
6

7              **UNITED STATES DISTRICT COURT**

8                   **DISTRICT OF NEVADA**

9
   NEBYOU SOLOMON, an individual,            Case. No.: 2:19-cv-00652-JAD-DJA
10            Plaintiff,                      Order Granting
                                             **JOINT MOTION TO EXTEND THE**
11       vs.                                 **DEADLINE FOR:**
                                             1) **PLAINTIFF'S RESPONSE TO**
12  LAS VEGAS METROPOLITAN POLICE               **DEFENDANT UNIVERSAL**
    DEPARTMENT; JOSEPH LOMBARDO,               **PROTECTION SERVICE, LLC'S**
13  individually and in his official capacity as  **MOTION TO DISMISS**
    Sheriff; JOHN L. PELLETIER, an             **PLAINTIFF'S THIRD**
14  individual; RICHARD E. MAUPIN, an          **AMENDED COMPLAINT (ECF**
    individual; RYAN J. FRYMAN, an             **No. 62) (THIRD REQUEST) and;**
15  individual; JUAN D. CONTRERAS, an        2) **PLAINTIFF'S RESPONSE TO**
    individual; ALLEN J. PAVESE, an            **FASHION SHOW MALL, LLC'S**
16  individual; BRANDON M. MEADS, an           **MOTION TO DISMISS**
17  individual; FASHION SHOW MALL, LLC,        **PLAINTIFF'S THIRD**
    a Nevada limited-liability company;        **AMENDED COMPLAINT (ECF**
18  UNIVERSAL PROTECTION SERVICE,              **No. 71) (SECOND REQUEST)**
19  LLC, a Nevada limited-liability company;
    ANDREW ANTONIO, an individual,
20  EDWARDO AGUILAR, an individual,                    ECF Nos. 78, 79
21  DOES I – V, individuals,
             Defendants.
22

23       Pursuant to Local Rule 7-1(c), Plaintiff NEBYOU SOLOMON, Defendant

24  UNIVERSAL PROTECTION SERVICE, LLC, and Defendant FASHION SHOW MALL,

25  LLC, by and through their respective counsel, hereby move and request that this Court extend

26  the deadline to file the following:

27  / / /

28  / / /

                                 1

1    1)    Plaintiff's Response to Defendant Universal Protection Service, LLC's

2  Motion to Dismiss Plaintiff's Third Amended Complaint (ECF No. 62), filed on April 7,

3  2020, by an additional 28 days, extending the deadline from June 4, 2020 to July 2, 2020.

4  This is the third request for an extension of time for Plaintiff to file his Response.

5    2)    Plaintiff's Response to Fashion Show Mall, LLC's Motion to Dismiss Third

6  Amended Complaint (ECF No. 71), filed on April 21, 2020, by an additional 28 days,

7  extending the deadline from June 4, 2020 to July 2, 2020. This is the second request for an

8  extension of time for Plaintiff to file his Response.

9    These requests for an extension of time are not sought for any improper purpose or

10 other purpose of delay. These requests are based upon the following:

11    Plaintiff and Defendants Universal Protection Service, LLC and Fashion Show

12 Mall, LLC are actively engaged in settlement discussions. Counsel for Plaintiff initiated this

13 request to facilitate those discussions, save resources, and due to her scheduling conflicts.

14    THEREFORE, the parties respectfully request that this Court extend the deadline

15 to file Plaintiff's Responses to 1) Defendant Universal Protection Service, LLC's Motion to

16 Dismiss Plaintiff's Third Amended Complaint (ECF No. 62) and; 2) Fashion Show Mall,

17 LLC's Motion to Dismiss Third Amended Complaint (ECF No. 71) up to and including July

18 2, 2020.

19 / / /

20 / / /

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

*Nebyou Solomon v. Las Vegas Metropolitan Police Department, et al.*
*Case No.: 2-19-cv-00652-JAD-DJA*

**IT IS SO STIPULATED.**

DATED this 4th day of June, 2020.                    DATED this 4th day of June, 2020.

**MCLETCHIE LAW**                                    **WEINBERG, WHEELER, HUDGINS,**
                                                     **GUNN & DIAL, LLC**

*/s/ Margaret A. McLetchie*                          */s/ Jeremy R. Alberts*
Margaret A. McLetchie, NBN 10931                     Jeremy R. Alberts, NBN 10497
Alina M. Shell, NBN 11711                            6385 South Rainbow Blvd., Suite 400
Leo S. Wolpert, NBN 12658                            Las Vegas, Nevada 89118
701 E. Bridger Ave., Suite 520                       *Attorneys for Defendant*
Las Vegas, NV 89101                                  *Universal Protection Service LLC*
*Attorneys of Plaintiff Nebyou Solomon*

DATED this 4th day of June, 2020.

**KAEMPFER CROWELL**

*/s/ Bryan M. Viellion*
Anthony J. Celeste, NBN 8776
Bryan M. Viellion, NBN 13607
1980 Festival Plaza Dr., Suite 650
Las Vegas, Nevada 89135
*Attorneys of Defendant Fashion Show Mall LLC*

**ORDER**

**IT IS SO ORDERED.**

_____
HONORABLE JUDGE JENNIFER A. DORSEY
U.S. DISTRICT COURT JUDGE

DATED: ___6-4-2020_____