MARGARET A. MCLETCHIE, Nevada Bar No. 10931
ALINA M. SHELL, Nevada Bar No. 11711
LEO S. WOLPERT, Nevada Bar No. 12658
**MCLETCHIE LAW**
701 East Bridger Ave., Suite 520
Las Vegas, Nevada 89101
Telephone: (702) 728-5300; Fax: (702) 425-8220
Email: maggie@nvlitigation.com
*Attorneys for Plaintiff Nebyou Solomon*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NEBYOU SOLOMON, an individual,<br>                    Plaintiff,<br><br>                    vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; JOSEPH LOMBARDO, individually and in his official capacity as Sheriff; JOHN L. PELLETIER, an individual; RICHARD E. MAUPIN, an individual; RYAN J. FRYMAN, an individual; JUAN D. CONTRERAS, an individual; ALLEN J. PAVESE, an individual; BRANDON M. MEADS, an individual; FASHION SHOW MALL, LLC, a Nevada limited-liability company; UNIVERSAL PROTECTION SERVICE, LLC, a Nevada limited-liability company; ANDREW ANTONIO, an individual, EDWARDO AGUILAR, an individual, DOES I – V, individuals,<br>                    Defendants. | Case. No.: 2:19-cv-00652-JAD-DJA<br><br>**JOINT MOTION TO EXTEND THE DEADLINE FOR:**<br>1) **PLAINTIFF'S RESPONSE TO DEFENDANT UNIVERSAL PROTECTION SERVICE, LLC'S MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT (ECF No. 62) (FOURTH REQUEST) and;**<br>2) **PLAINTIFF'S RESPONSE TO FASHION SHOW MALL, LLC'S MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT (ECF No. 71) (THIRD REQUEST)**<br><br>ECF Nos. 81, 82 |

Pursuant to Local Rule 7-1(c), Plaintiff NEBYOU SOLOMON, Defendant UNIVERSAL PROTECTION SERVICE, LLC, and Defendant FASHION SHOW MALL, LLC, by and through their respective counsel, hereby move and request that this Court extend the deadline to file the following:

/ / /

/ / /

1

1       1)      Plaintiff's Response to Defendant Universal Protection Service, LLC's
2  Motion to Dismiss Plaintiff's Third Amended Complaint (ECF No. 62), filed on April 7,
3  2020, by an additional 28 days, extending the deadline from July 2, 2020 to July 30, 2020.
4  This is the fourth request for an extension of time for Plaintiff to file his Response.

5       2)      Plaintiff's Response to Fashion Show Mall, LLC's Motion to Dismiss Third
6  Amended Complaint (ECF No. 71), filed on April 21, 2020, by an additional 28 days,
7  extending the deadline from July 2, 2020 to July 30, 2020. This is the third request for an
8  extension of time for Plaintiff to file his Response.

9       These requests for an extension of time are not sought for any improper purpose or
10 other purpose of delay. These requests are based upon the following:

11      Plaintiff and Defendants Universal Protection Service, LLC and Fashion Show
12 Mall, LLC are actively engaged in settlement discussions. A draft settlement agreement has
13 recently been circulated, which requires review by the parties and their counsel.

14      THEREFORE, the parties respectfully request that this Court extend the deadline
15 to file Plaintiff's Responses to 1) Defendant Universal Protection Service, LLC's Motion to
16 Dismiss Plaintiff's Third Amended Complaint (ECF No. 62) and; 2) Fashion Show Mall,
17 LLC's Motion to Dismiss Third Amended Complaint (ECF No. 71) up to and including July
18 30, 2020.
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

*Nebyou Solomon v. Las Vegas Metropolitan Police Department, et al.*
*Case No.: 2-19-cv-00652-JAD-DJA*

**IT IS SO STIPULATED.**

DATED this 2nd day of July, 2020.          DATED this 2nd day of July, 2020.

**MCLETCHIE LAW**                          **WEINBERG, WHEELER, HUDGINS,**
                                           **GUNN & DIAL, LLC**


*/s/ Leo S. Wolpert*                       */s/ Jeremy R. Alberts*
Margaret A. McLetchie, NBN 10931           Jeremy R. Alberts, NBN 10497
Alina M. Shell, NBN 11711                  6385 South Rainbow Blvd., Suite 400
Leo S. Wolpert, NBN 12658                  Las Vegas, Nevada 89118
701 E. Bridger Ave., Suite 520             *Attorneys for Defendant*
Las Vegas, NV 89101                        *Universal Protection Service LLC*
*Attorneys of Plaintiff Nebyou Solomon*


DATED this 2nd day of July, 2020.

**KAEMPFER CROWELL**


*/s/ Bryan M. Viellion*
Anthony J. Celeste, NBN 8776
Bryan M. Viellion, NBN 13607
1980 Festival Plaza Dr., Suite 650
Las Vegas, Nevada 89135
*Attorneys of Defendant Fashion Show Mall LLC*


<u>**ORDER**</u>

**IT IS SO ORDERED.**


_____
HONORABLE JUDGE JENNIFER A. DORSEY
U.S. DISTRICT COURT JUDGE

                              7-2-2020
DATED: _____

3