MARGARET A. MCLETCHIE, Nevada Bar No. 10931
ALINA M. SHELL, Nevada Bar No. 11711
LEO S. WOLPERT, Nevada Bar No. 12658
**MCLETCHIE LAW**
701 East Bridger Ave., Suite 520
Las Vegas, Nevada 89101
Telephone: (702) 728-5300; Fax: (702) 425-8220
Email: maggie@nvlitigation.com
*Attorneys for Plaintiff Nebyou Solomon*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NEBYOU SOLOMON, an individual,<br>Plaintiff,<br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; JOSEPH LOMBARDO, individually and in his official capacity as Sheriff; JOHN L. PELLETIER, an individual; RICHARD E. MAUPIN, an individual; RYAN J. FRYMAN, an individual; JUAN D. CONTRERAS, an individual; ALLEN J. PAVESE, an individual; BRANDON M. MEADS, an individual; FASHION SHOW MALL, LLC, a Nevada limited-liability company; UNIVERSAL PROTECTION SERVICE, LLC, a Nevada limited-liability company; ANDREW ANTONIO, an individual, EDWARDO AGUILAR, an individual, DOES I – V, individuals,<br>Defendants. | Case. No.: 2:19-cv-00652-JAD-DJA<br><br>**JOINT MOTION TO EXTEND THE DEADLINE FOR:**<br>1) **PLAINTIFF'S RESPONSE TO DEFENDANT UNIVERSAL PROTECTION SERVICE, LLC'S MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT (ECF No. 62) (FIFTH REQUEST) and;**<br>2) **PLAINTIFF'S RESPONSE TO FASHION SHOW MALL, LLC'S MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT (ECF No. 71) (FOURTH REQUEST)**<br><br>ECF Nos. 84, 85 |

Pursuant to Local Rule 7-1(c), Plaintiff NEBYOU SOLOMON, Defendant UNIVERSAL PROTECTION SERVICE, LLC, and Defendant FASHION SHOW MALL, LLC, by and through their respective counsel, hereby move and request that this Court extend the deadline to file the following:

/ / /

/ / /

1

1    1)    Plaintiff's Response to Defendant Universal Protection Service, LLC's
2    Motion to Dismiss Plaintiff's Third Amended Complaint (ECF No. 62), filed on April 7,
3    2020, by an additional 28 days, extending the deadline from July 30, 2020 to August 27,
4    2020. This is the fifth request for an extension of time for Plaintiff to file his Response.

5    2)    Plaintiff's Response to Fashion Show Mall, LLC's Motion to Dismiss Third
6    Amended Complaint (ECF No. 71), filed on April 21, 2020, by an additional 28 days,
7    extending the deadline from July 30, 2020 to August 27, 2020. This is the fourth request for
8    an extension of time for Plaintiff to file his Response.

9    These requests for an extension of time are not sought for any improper purpose or
10   other purpose of delay. These requests are based upon the following:

11   Plaintiff and Defendants Universal Protection Service, LLC and Fashion Show
12   Mall, LLC have reached a settlement and are finalizing the formal agreement. The extension
13   will ensure time to execute and effectuate the terms of the agreement.

14   THEREFORE, the parties respectfully request that this Court extend the deadline
15   to file Plaintiff's Responses to 1) Defendant Universal Protection Service, LLC's Motion to
16   Dismiss Plaintiff's Third Amended Complaint (ECF No. 62) and; 2) Fashion Show Mall,
17   LLC's Motion to Dismiss Third Amended Complaint (ECF No. 71) up to and including
18   August 27, 2020.
19   / / /
20   / / /
21   / / /
22   / / /
23   / / /
24   / / /
25   / / /
26   / / /
27   / / /
28   / / /

*Nebyou Solomon v. Las Vegas Metropolitan Police Department, et al.*
*Case No.: 2-19-cv-00652-JAD-DJA*

**IT IS SO STIPULATED.**

DATED this 29th day of July, 2020.

**MCLETCHIE LAW**


/s/ Margaret A. McLetchie
Margaret A. McLetchie, NBN 10931
Alina M. Shell, NBN 11711
Leo S. Wolpert, NBN 12658
701 E. Bridger Ave., Suite 520
Las Vegas, NV 89101
*Attorneys of Plaintiff Nebyou Solomon*


DATED this 29th day of July, 2020.

**KAEMPFER CROWELL**


/s/ Bryan M. Viellion
Anthony J. Celeste, NBN 8776
Bryan M. Viellion, NBN 13607
1980 Festival Plaza Dr., Suite 650
Las Vegas, Nevada 89135
*Attorneys of Defendant Fashion Show Mall LLC*

DATED this 29th day of July, 2020.

**WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC**


/s/ Jeremy R. Alberts
Jeremy R. Alberts, NBN 10497
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
*Attorneys for Defendant*
*Universal Protection Service LLC*


**ORDER**

Good cause appearing, IT IS HEREBY ORDERED that the Joint Motion to Extend the Deadline for (1) Plaintiff's Response to Defendant Universal Protection Service, LLC's Motion to Dismiss and (2) Plaintiff's Response to Fashion Show Mall, LLC's Motion to Dismiss to August 27, 2020, **[ECF Nos. 84, 85] is GRANTED.**

_____
HONORABLE JUDGE JENNIFER A. DORSEY
U.S. DISTRICT COURT JUDGE

DATED: _8-3-2020_____

3