MARGARET A. MCLETCHIE, Nevada Bar No. 10931
ALINA M. SHELL, Nevada Bar No. 11711
LEO S. WOLPERT, Nevada Bar No. 12658
**MCLETCHIE LAW**
701 East Bridger Ave., Suite 520
Las Vegas, Nevada 89101
Telephone: (702) 728-5300; Fax: (702) 425-8220
Email: maggie@nvlitigation.com
*Attorneys for Plaintiff Nebyou Solomon*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

NEBYOU SOLOMON, an individual,
             Plaintiff,

        vs.

LAS VEGAS METROPOLITAN POLICE
DEPARTMENT; JOSEPH LOMBARDO,
individually and in his official capacity as
Sheriff; JOHN L. PELLETIER, an
individual; RICHARD E. MAUPIN, an
individual; RYAN J. FRYMAN, an
individual; JUAN D. CONTRERAS, an
individual; ALLEN J. PAVESE, an
individual; BRANDON M. MEADS, an
individual; FASHION SHOW MALL, LLC,
a Nevada limited-liability company;
UNIVERSAL PROTECTION SERVICE,
LLC, a Nevada limited-liability company;
ANDREW ANTONIO, an individual,
EDWARDO AGUILAR, an individual,
DOES I – V, individuals,
             Defendants.

Case. No.: 2:19-cv-00652-JAD-DJA
**Order Granting**
**JOINT MOTION TO EXTEND THE**
**DEADLINE FOR:**
1) **PLAINTIFF'S RESPONSE TO**
   **DEFENDANT UNIVERSAL**
   **PROTECTION SERVICE, LLC'S**
   **MOTION TO DISMISS**
   **PLAINTIFF'S THIRD**
   **AMENDED COMPLAINT (ECF**
   **No. 62) (SIXTH REQUEST) and;**
2) **PLAINTIFF'S RESPONSE TO**
   **FASHION SHOW MALL, LLC'S**
   **MOTION TO DISMISS**
   **PLAINTIFF'S THIRD**
   **AMENDED COMPLAINT (ECF**
   **No. 71) (FIFTH REQUEST)**

ECF Nos. 87, 88

       Pursuant to Local Rule 7-1(c), Plaintiff NEBYOU SOLOMON, Defendant
UNIVERSAL PROTECTION SERVICE, LLC, and Defendant FASHION SHOW MALL,
LLC, by and through their respective counsel, hereby move and request that this Court extend
the deadline to file the following:

/ / /

/ / /

1

1       1)    Plaintiff's Response to Defendant Universal Protection Service, LLC's

2 Motion to Dismiss Plaintiff's Third Amended Complaint (ECF No. 62), filed on April 7,

3 2020, by an additional 28 days, extending the deadline from August 27, 2020 to September

4 24, 2020. This is the sixth request for an extension of time for Plaintiff to file his Response.

5       2)    Plaintiff's Response to Fashion Show Mall, LLC's Motion to Dismiss Third

6 Amended Complaint (ECF No. 71), filed on April 21, 2020, by an additional 28 days,

7 extending the deadline from August 27, 2020 to September 24, 2020. This is the fifth request

8 for an extension of time for Plaintiff to file his Response.

9       These requests for an extension of time are not sought for any improper purpose or

10 other purpose of delay. These requests are based upon the following:

11       Plaintiff and Defendants Universal Protection Service, LLC and Fashion Show

12 Mall, LLC have reached a settlement and are finalizing the formal agreement. The extension

13 will ensure time to execute and effectuate the terms of the agreement.

14       THEREFORE, the parties respectfully request that this Court extend the deadline

15 to file Plaintiff's Responses to 1) Defendant Universal Protection Service, LLC's Motion to

16 Dismiss Plaintiff's Third Amended Complaint (ECF No. 62) and; 2) Fashion Show Mall,

17 LLC's Motion to Dismiss Third Amended Complaint (ECF No. 71) up to and including

18 September 24, 2020.

19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

*Nebyou Solomon v. Las Vegas Metropolitan Police Department, et al.*
*Case No.: 2-19-cv-00652-JAD-DJA*

**IT IS SO STIPULATED.**

DATED this 25th day of August, 2020.                    DATED this 25th day of August, 2020.

**MCLETCHIE LAW**                                        **WEINBERG, WHEELER, HUDGINS,**
                                                         **GUNN & DIAL, LLC**


*/s/ Margaret A. McLetchie*                              */s/ Jeremy R. Alberts*
Margaret A. McLetchie, NBN 10931                         Jeremy R. Alberts, NBN 10497
Alina M. Shell, NBN 11711                                6385 South Rainbow Blvd., Suite 400
Leo S. Wolpert, NBN 12658                                Las Vegas, Nevada 89118
701 E. Bridger Ave., Suite 520                           *Attorneys for Defendant*
Las Vegas, NV 89101                                      *Universal Protection Service LLC*
*Attorneys of Plaintiff Nebyou Solomon*


DATED this 24th day of August, 2020.

**KAEMPFER CROWELL**


*/s/ Bryan M. Viellion*
Anthony J. Celeste, NBN 8776
Bryan M. Viellion, NBN 13607
1980 Festival Plaza Dr., Suite 650
Las Vegas, Nevada 89135
*Attorneys of Defendant Fashion Show Mall LLC*


**<u>ORDER</u>**

**IT IS SO ORDERED.**


_____
HONORABLE JUDGE JENNIFER A. DORSEY
U.S. DISTRICT COURT JUDGE

DATED: ___9-1-2020_____

3