1  KAEMPFER CROWELL
   Anthony J. Celeste, No. 8776
2  Bryan M. Viellion, No. 13607
   1980 Festival Plaza Dr.
3  Suite 650
   Las Vegas, Nevada 89135
4  Telephone: (702) 792-7000
   Facsimile: (702) 796-7181
5  Email: aceleste@kcnvlaw.com
   Email: bviellion@kcnvlaw.com
6
   Attorneys for Defendant
7  Fashion Show Mall, LLC

8
                    **UNITED STATES DISTRICT COURT**
9
                          **DISTRICT OF NEVADA**
10

11 | NEBYOU SOLOMON, an individual, | Case No.: 2:19-cv-00652-JAD-DJA |

12 |           Plaintiff,           |
   |              vs.               |

13 | LAS VEGAS METROPOLITAN POLICE  | **STIPULATION AND ORDER TO**
   | DEPARTMENT; JOSEPH LOMBARDO,   | **DISMISS FASHION SHOW MALL, LLC;**
14 | individually and in his official capacity as | **UNIVERSAL PROTECTION SERVICE,**
   | Sheriff; JOHN L. PELLETIER, an | **LLC; ANDREW ANTONIO; AND**
15 | individual; RICHARD E. MAUPIN, an | **EDWARDO AGUILAR WITH**
   | individual; RYAN J. FRYMAN, an | **PREJUDICE**
16 | individual; JUAN D. CONTRERAS, an
   | individual; ALLEN J. PAVESE, an
17 | individual; BRANDON M. MEADS, an
   | individual; FASHION SHOW MALL, LLC,
18 | a Nevada limited–liability company;
   | UNIVERSAL PROTECTION SERVICE,
19 | LLC, a Nevada limited-liability company;
   | ANDREW ANTONIO, and individual;
20 | EDWARDO AGUILAR, an individual;
   | DOES I-V, individuals,
21
   |           Defendants.
22

23

24

KAEMPFER CROWELL
1980 Festival Plaza Dr.
Suite 650
Las Vegas, Nevada 89135

2712216_1  11453.409

Page 1 of 2

1  Plaintiff Nebyou Solomon stipulates to dismiss all claims against defendants Fashion Show Mall, LLC; Universal Protection Service, LLC; Andrew Antonio and Edwardo Aguilar with prejudice, each party to bear its own fees and costs.

Dated: 21st day of December, 2020

McLETCHIE LAW

/s/ Margaret A. McLetchie
Margaret A. McLetchie, Esq.
Leo S. Wolpert, Esq.
701 E. Bridger Ave., Suite 520
Las Vegas, NV 89101
*Attorneys for Plaintiff*

Dated: 21st day of December, 2020

WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC

/s/ Jeremy R. Alberts
Jeremy R. Alberts, Esq.
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
*Attorney for Defendants
Universal Protection Service, LLC, Andrew Antonio, and Edwardo Aguilar*

Dated: 21st day of December, 2020

KAEMPFER CROWELL

/s/ Bryan M. Viellion
Anthony J. Celeste, Esq.
Bryan M. Viellion, Esq.
1980 Festival Plaza Dr., Suite 650
Las Vegas, NV 89135
*Attorneys for Defendant
Fashion Show Mall*

## ORDER

IT IS SO ORDERED. Defendants Fashion Show Mall, LLC; Universal Protection Service, LLC; Andrew Antonio and Edwardo Aguilar are dismissed with prejudice. Each party shall bear its own fees and costs.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: _____

KAEMPFER CROWELL
1980 Festival Plaza Dr.
Suite 650
Las Vegas, Nevada 89135

2712216_1  11453.409

Page 2 of 2