1  KAEMPFER CROWELL
   Anthony J. Celeste, No. 8776
2  Bryan M. Viellion, No. 13607
   1980 Festival Plaza Dr.
3  Suite 650
   Las Vegas, Nevada 89135
4  Telephone: (702) 792-7000
   Facsimile: (702) 796-7181
5  Email: aceleste@kcnvlaw.com
   Email: bviellion@kcnvlaw.com
6
   Attorneys for Defendant
7  Fashion Show Mall, LLC

8
# UNITED STATES DISTRICT COURT
9
# DISTRICT OF NEVADA
10

| | |
|---|---|
| NEBYOU SOLOMON, an individual, | Case No.: 2:19-cv-00652-JAD-DJA |
| Plaintiff, | |
| vs. | |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT; JOSEPH LOMBARDO, individually and in his official capacity as Sheriff; JOHN L. PELLETIER, an individual; RICHARD E. MAUPIN, an individual; RYAN J. FRYMAN, an individual; JUAN D. CONTRERAS, an individual; ALLEN J. PAVESE, an individual; BRANDON M. MEADS, an individual; FASHION SHOW MALL, LLC, a Nevada limited–liability company; UNIVERSAL PROTECTION SERVICE, LLC, a Nevada limited-liability company; ANDREW ANTONIO, and individual; EDWARDO AGUILAR, an individual; DOES I-V, individuals, | **STIPULATION AND ORDER TO DISMISS FASHION SHOW MALL, LLC; UNIVERSAL PROTECTION SERVICE, LLC; ANDREW ANTONIO; AND EDWARDO AGUILAR WITH PREJUDICE**<br><br>ECF No. 99 |
| Defendants. | |

KAEMPFER CROWELL
1980 Festival Plaza Dr.
Suite 650
Las Vegas, Nevada 89135

2712216_1  11453.409

Page 1 of 2

Plaintiff Nebyou Solomon stipulates to dismiss all claims against defendants Fashion Show Mall, LLC; Universal Protection Service, LLC; Andrew Antonio and Edwardo Aguilar with prejudice, each party to bear its own fees and costs.

Dated:  21st day of December, 2020

MCLETCHIE LAW

*/s/ Margaret A. McLetchie*
Margaret A. McLetchie, Esq.
Leo S. Wolpert, Esq.
701 E. Bridger Ave., Suite 520
Las Vegas, NV 89101
*Attorneys for Plaintiff*

Dated: 21st day of December, 2020

WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC

*/s/ Jeremy R. Alberts*
Jeremy R. Alberts, Esq.
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada  89118
*Attorney for Defendants*
*Universal Protection Service, LLC, Andrew Antonio, and Edwardo Aguilar*

Dated: 21st day of December, 2020

KAEMPFER CROWELL

*/s/ Bryan M. Viellion*
Anthony J. Celeste, Esq.
Bryan M. Viellion, Esq.
1980 Festival Plaza Dr., Suite 650
Las Vegas, NV 89135
*Attorneys for Defendant*
*Fashion Show Mall*

### ORDER

Based on the stipulation between plaintiff and Defendants Fashion Show Mall, LLC; Universal Protection Service, LLC; Andrew Antonio; and Edwardo Aguilar **[ECF No. 99]**, which I construe as a joint motion under Local Rule 7-1(c) because it was signed by fewer than all the parties or their attorneys, and with good cause appearing, IT IS HEREBY ORDERED that ALL CLAIMS AGAINST Defendants Fashion Show Mall, LLC; Universal Protection Service, LLC; Andrew Antonio; and Edwardo Aguilar are DISMISSED with prejudice, each side to bear its own fees and costs.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: December 22, 2020

KAEMPFER CROWELL
1980 Festival Plaza Dr.
Suite 650
Las Vegas, Nevada  89135

2712216_1  11453.409

Page 2 of 2