**Marquis Aurbach Coffing**
Nick D. Crosby, Esq.
Nevada Bar No. 8996
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
ncrosby@maclaw.com
*Attorneys for Defendants, LVMPD,*
*Joseph Lombardo, John Pelletier, Richard Maupin,*
*Ryan Fryman, Juan Contreras, Allen Pavese and*
*Brandon Meads*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NEBYOU SOLOMON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; JOSEPH LOMBARDO, individually and in his official capacity as Sheriff; JOHN L. PELLETIER, an individual; RICHARD E. MAUPIN, an individual; RYAN J. FRYMAN, an individual; JUAN D. CONTRERAS, an individual; ALLEN J. PAVESE, an individual; BRANDON M. MEADS, an individual; FASHION SHOW MALL, LLC, a Nevada limited-liability company; UNIVERSAL PROTECTION SERVICE, LLC, a Nevada limited-liability company; ANDREW ANTONIO, an individual, EDWARDO AGUILAR, an individual, DOES I-V, individuals,<br><br>Defendants. | Case Number: 2:19-cv-00652-JAD-DJA<br><br>**<u>STIPULATION AND ORDER TO</u>**<br>**<u>EXTEND DISCOVERY DEADLINES</u>**<br>**<u>(SIXTH REQUEST)</u>** |

Pursuant to Fed. R. Civ. P. 16(b)(4) and Local Rule 26-3, Defendants, the Las Vegas Metropolitan Police Department (the "Department" or "LVMPD"), Joseph Lombardo ("Lombardo"), John Pelletier ("Pelletier"), Richard Maupin ("Maupin"), Ryan Fryman ("Fryman"), Juan Contreras ("Contreras"), Allen Pavese ("Pavese"), and Brandon Meads ("Meads") (collectively "LVMPD Defendants"), by and through their counsel of record,

Nick D. Crosby, Esq., of the law firm of Marquis Aurbach Coffing; and Plaintiff Nebyou Solomon ("Solomon"), by and through his counsel of record, Margaret A. McLetchie, Esq., Alina M. Shell, Esq. and Leo S. Wolpert, Esq., of the McLetchie Law firm, hereby stipulates and requests the Court to extend the discovery deadlines by fourteen (14) days as follows.

I. **DISCOVERY CUT-OFF DEADLINES**

|  | Current Deadlines | Proposed Deadlines |
|---|---|---|
| Discovery Cut-Off | June 23, 2021 | July 7, 2021 |
| Dispositive Motions | July 23, 2021 | August 5, 2021 |
| Pre-Trial Order | August 25, 2020 | September 8, 2021 |

II. **REASON FOR REQUESTED EXTENSION**

This Stipulation is made in good faith and not for purposes of dely. Specifically, Defendants' counsel's time in recent weeks was predominantly occupied in the defense of an unfair labor practices trial before the National Labor Relations Board, followed by a subsequent 10(j) injunction proceeding in the same matter. As a result, counsel requested additional time to respond to written discovery propounded by Plaintiff, which Plaintiff's counsel obliged. As such, counsel will need more time to respond to the written discovery for Plaintiff's counsel to review, prior to depositions. The Parties agree they will require additional time to coordinate depositions, for which the Parties have discussed and are coordinating.

III. **CONCLUSION**

Based on the above, the Parties respectfully request that this Court extend the current deadlines by fourteen (14) days in order to allow the Parties adequate time to complete discovery and resolve any present conflicts.

///

///

///

**IT IS SO STIPULATED.**

Dated this 28th day of May, 2021.

**MARQUIS AURBACH COFFING**

By: /s/ Nick D. Crosby, Esq.
  Nick D. Crosby, Esq.
  Nevada Bar No. 8996
  10001 Park Run Drive
  Las Vegas, Nevada 89145
  *Attorneys for LVMPD Defendants*

Dated this U28th day of May, 2021.

**MCLETCHIE LAW**

By: /s/ Alina M. Shell, Esq.
  Margaret A. McLetchie, Esq.
  Nevada Bar No. 10931
  Alina M. Shell, Esq.
  Nevada Bar No. 11711
  Leo S. Wolpert, Esq.
  Nevada Bar No. 12658
  701 East Bridger Ave., Suite 520
  Las Vegas, Nevada 89101
  *Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED:

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: June 2, 2021

**Suzanne Boggs**

| | |
|---|---|
| **From:** | Alina <Alina@nvlitigation.com> |
| **Sent:** | Friday, May 28, 2021 1:33 PM |
| **To:** | Nick Crosby; Maggie; Leo Wolpert |
| **Cc:** | Suzanne Boggs; Pharan |
| **Subject:** | RE: [External] SAO -- Solomon [IWOV-iManage.FID1081742] |

Hi Nick:

Sorry for the slight delay. We are moving offices this weekend and it's been…busy. You have my authorization to affix my e-signature and file.

Thanks!

Alina

**Alina M. Shell**



ATTORNEYS AT LAW
701 E. Bridger Ave., Ste. 520
Las Vegas, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)
www.nvlitigation.com

**IMPORTANT NOTICE**: Privileged and/or confidential information, including attorney-client communication and/or attorney work product may be contained in this message. This message is intended only for the individual or individuals to whom it is directed. If you are not an intended recipient of this message (or responsible for delivery of this message to such person), any dissemination, distribution or copying of this communication is strictly prohibited and may be a crime. No confidentiality or privilege is waived or lost by any misdirection of this message. If you received this message in error, please immediately delete it and all copies of it from your system, destroy any hard copies of it and notify the sender by return e-mail.

**From:** Nick Crosby <NCrosby@maclaw.com>
**Sent:** Thursday, May 27, 2021 4:21 PM
**To:** Alina <Alina@nvlitigation.com>; Maggie <maggie@nvlitigation.com>; Leo Wolpert <Leo@NVLITIGATIOn.COM>
**Cc:** Suzanne Boggs <sboggs@maclaw.com>; Pharan <pharan@nvlitigation.com>
**Subject:** SAO -- Solomon [IWOV-iManage.FID1081742]

Good Afternoon All – Attached is a draft SAO in this case. Please let me know if you have any changes, comments or questions.

Thanks!



MARQUIS AURBACH
    COFFING

**Nicholas D. Crosby, Esq.**
10001 Park Run Drive

1

Las Vegas, NV 89145
t | 702.942.2158
f | 702.382.5816
ncrosby@maclaw.com | vcard
maclaw.com

**Please consider the environment before printing this e-mail!**

DO NOT read, copy or disseminate this communication unless you are the intended addressee. This e-mail communication contains confidential and/or privileged information intended only for the addressee. If you have received this communication in error, please call us (collect) immediately at (702) 382-0711 and ask to speak to the sender of the communication. Also please e-mail the sender and notify the sender immediately that you have received the communication in error. Thank you. Marquis Aurbach Coffing - Attorneys at Law

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.