**Marquis Aurbach Coffing**
Nick D. Crosby, Esq.
Nevada Bar No. 8996
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
ncrosby@maclaw.com
*Attorneys for Defendants, LVMPD,*
*Joseph Lombardo, John Pelletier, Richard Maupin,*
*Ryan Fryman, Juan Contreras, Allen Pavese and*
*Brandon Meads*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NEBYOU SOLOMON, an individual,<br><br>                              Plaintiff,<br><br>       vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; JOSEPH LOMBARDO, individually and in his official capacity as Sheriff; JOHN L. PELLETIER, an individual; RICHARD E. MAUPIN, an individual; RYAN J. FRYMAN, an individual; JUAN D. CONTRERAS, an individual; ALLEN J. PAVESE, an individual; BRANDON M. MEADS, an individual; FASHION SHOW MALL, LLC, a Nevada limited-liability company; UNIVERSAL PROTECTION SERVICE, LLC, a Nevada limited-liability company; ANDREW ANTONIO, an individual, EDWARDO AGUILAR, an individual, DOES I-V, individuals,<br><br>                              Defendants. | Case Number:  2:19-cv-00652-JAD-CWH<br><br>**REVISED STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES (SEVENTH REQUEST)** |

Pursuant to Fed. R. Civ. P. 16(b)(4) and Local Rule 26-3, Defendants, the Las Vegas Metropolitan Police Department (the "Department" or "LVMPD"), Joseph Lombardo ("Lombardo"), John Pelletier ("Pelletier"), Richard Maupin ("Maupin"), Ryan Fryman ("Fryman"), Juan Contreras ("Contreras"), Allen Pavese ("Pavese"), and Brandon Meads ("Meads") (collectively "LVMPD Defendants"), by and through their counsel of record,

MAC:14687-215 4411105_1 7/8/2021 2:46 PM

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

Nick D. Crosby, Esq., of the law firm of Marquis Aurbach Coffing; and Plaintiff Nebyou Solomon ("Solomon"), by and through his counsel of record, Margaret A. McLetchie, Esq., Alina M. Shell, Esq. and Leo S. Wolpert, Esq., of the McLetchie Law firm, hereby stipulates and requests the Court to extend the discovery deadlines by forty-five (45) days as follows.

## I.  DISCOVERY CUT-OFF DEADLINES

|  | Current Deadlines | Deadlines |
|---|---|---|
| Discovery Cut-Off | July 7, 2021 | **August 23, 2021** |
| Dispositive Motions | August 5, 2021 | **September 20, 2021** |
| Pre-Trial Order | September 8, 2021 | **October 25, 2021** |

## II.  REASON FOR REQUESTED EXTENSION

This Stipulation is made in good faith and not for purposes of dely.  The parties have been diligently engaged in written discovery and coordinating depositions.  Plaintiff noticed the depositions of LVMPD Rule 30(b)(6) witness(es) for June 30, Fryman on July 1 and Maupin on July 2.  Counsel for Defendants is out of the jurisdiction on the dates identified for the aforementioned depositions and, as such, the parties are working together to identify new depositions dates for these witnesses, as well as the Plaintiff's deposition, and are confident all depositions will be completed within the time frame sought in the instant Stipulation.

### A.  DISCOVERY COMPLETED

The following discovery has been completed to date:

1.  The Parties have exchanged their FRCP 26.1 Production of Documents and Witness List;

2.  Plaintiff has responded to Defendant LVMPD's written discovery requests; and

3.  Defendant has responded to Plaintiff's written discovery requests.

MAC:14687-215 4411105_1 7/8/2021 2:46 PM

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

**B.    DISCOVERY REMAINING**

The Parties agree that the following discovery must be completed:

          1.     Additional written discovery;

          2.     The deposition of Plaintiff (currently scheduled for 8/3/21);

          3.     The deposition of Defendants Fryman and Maupin (currently scheduled for 7/27/21 and 7/29/21);

          4.     The deposition of the Fed. R. Civ. P. 30(b)(6) witness for LVMPD (currently scheduled for 7/30/21);

          5.     The deposition of additional witnesses; and

          6.     Addition records collection.

**III.    CONCLUSION**

Based on the above, the Parties respectfully request that this Court extend the current deadlines by forty-five (45) days in order to allow the Parties adequate time to complete discovery, conduct depositions and resolve any present conflicts.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 · FAX: (702) 382-5816

MAC:14687-215 4411105_1 7/8/2021 2:46 PM

1    **IT IS SO STIPULATED**.

2    Dated this 8th day of July, 2021.          Dated this 8th  day of July, 2021.

3    **MARQUIS AURBACH COFFING**              **MCLETCHIE LAW**

4

5    By: _/s/ Nick D. Crosby, Esq._           By: _/s/ Margaret A. McLetchie, Esq._
        Nick D. Crosby, Esq.                      Margaret A. McLetchie, Esq.
6       Nevada Bar No. 8996                       Nevada Bar No. 10931
        10001 Park Run Drive                      Alina M. Shell, Esq.
7       Las Vegas, Nevada  89145                  Nevada Bar No. 11711
        *Attorneys for LVMPD Defendants*          Leo S. Wolpert, Esq.
8                                                 Nevada Bar No. 12658
                                                  602 South Tenth Street
9                                                 Las Vegas, Nevada 89101
                                                  *Attorneys for Plaintiff*
10

11                                          **ORDER**

12        IT IS SO ORDERED:

13

14

15                                          _____
                                            DANIEL J. ALBREGTS
16                                          UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27

MAC:14687-215 4411105_1 7/8/2021 2:46 PM

| From: | Alina <Alina@nvlitigation.com> |
|---|---|
| Sent: | Thursday, July 8, 2021 2:38 PM |
| To: | Suzanne Boggs; Pharan; Maggie |
| Cc: | Nick Crosby |
| Subject: | RE:   [External] Solomon v. LVMPD / Fed. Case No. Case 2:19-cv-00652-JAD-DJA |

Hi Suzanne:

At page 2, line 24, it should say "Plaintiff has" instead of "Plaintiff as." With that change, you have my permission to affix my electronic signature.

Thank you!

**Alina M. Shell**



ATTORNEYS AT LAW
602 South Tenth Street
Las Vegas, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)
www.nvlitigation.com

**IMPORTANT NOTICE**: Privileged and/or confidential information, including attorney-client communication and/or attorney work product may be contained in this message. This message is intended only for the individual or individuals to whom it is directed. If you are not an intended recipient of this message (or responsible for delivery of this message to such person), any dissemination, distribution or copying of this communication is strictly prohibited and may be a crime. No confidentiality or privilege is waived or lost by any misdirection of this message. If you received this message in error, please immediately delete it and all copies of it from your system, destroy any hard copies of it and notify the sender by return e-mail.

**From:** Suzanne Boggs <sboggs@maclaw.com>
**Sent:** Thursday, July 8, 2021 2:29 PM
**To:** Alina <Alina@nvlitigation.com>; Pharan <pharan@nvlitigation.com>; Maggie <maggie@nvlitigation.com>
**Cc:** Nick Crosby <NCrosby@maclaw.com>
**Subject:** RE: Solomon v. LVMPD / Fed. Case No. Case 2:19-cv-00652-JAD-DJA
**Importance:** High

Dear Counsel:

Pursuant to the Court's request, please find attached the **Revised** Stipulation and Order regarding the above matter for your review.  If you approve, please advise our office if we may use your e-signature before sending to the Court.

Thank you,

Suzanne Boggs