MARGARET A. MCLETCHIE, Nevada Bar No. 10931
LEO S. WOLPERT, Nevada Bar No. 12658
**MCLETCHIE LAW**
602 South Tenth Street
Las Vegas, Nevada 89101
Telephone: (702) 728-5300
Fax: (702) 425-8220
Email: maggie@nvlitigation.com
*Attorneys for Plaintiff Nebyou Solomon*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NEBYOU SOLOMON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; JOSEPH LOMBARDO, individually and in his official capacity as Sheriff; JOHN L. PELLETIER, an individual; RICHARD E. MAUPIN, an individual; RYAN J. FRYMAN, an individual; JUAN D. CONTRERAS, an individual; ALLEN J. PAVESE, an individual; BRANDON M. MEADS, an individual; DOES I – V, individuals,<br><br>Defendants. | Case. No.: 2:19-cv-00652-JAD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND PLAINTIFF'S DEADLINE TO FILE RESPONSE TO DISPOSITIVE MOTION**<br><br>**(FIRST REQUEST) [ECF No. 120]** |

Plaintiff NEBYOU SOLOMON, and Defendants LAS VEGAS METROPOLITAN POLICE DEPARTMENT, JOSEPH LOMBARDO, JOHN L. PELLETIER, RICHARD E. MAUPIN, RYAN J. FRYMAN, JUAN D. CONTRERAS, ALLEN J. PAVESE, and BRANDON M. MEADS (collectively "Parties") by and through their respective counsel, hereby stipulate to the following:

1.     The Parties hereby agree and stipulate to that Plaintiff NEBYOU SOLOMON shall have an additional twenty-one (21) days to file his Response in Opposition

1   to LVMPD Defendants' Motion for Partial Summary Judgment (ECF No. 118) filed on

2   October 18, 2021.

3         2.      The current Response deadline is November 8, 2021 and the requested

4   extension would make the new deadline be November 22, 2021.

5         3.      This extension of time is necessary to because counsel for Plaintiff will be

6   out of the jurisdiction for a week during this time period. Additionally, an associate has

7   recently left the undersigned's law firm, which necessitates hiring and training of a new

8   associate. Furthermore, the undersigned has several competing deadlines during this time

9   period, including a November 1, 2021 deadline for submitting an opening brief and appendix

10  in a public records matter before the Nevada Supreme Court and an October 25, 2021 reply

11  deadline in an anti-SLAPP matter set to be heard on November 3, 2021 before the Eighth

12  Judicial District Court of Nevada.

13        4.      This is the first stipulation for an extension of time in this matter and the

14  requested additional time to is ensure proper representation of the Parties' interests and

15  quality briefing.[1]

16  / / /

17  / / /

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27

28  _____

[1] The deadline to file motions for summary judgment was previously extended.

5.    This request is made in good faith and is not sought for any improper purpose or for the purpose of delay.

**IT IS SO STIPULATED.**

DATED this 20th day of October, 2021.

DATED this 20th day of October, 2021.

**MCLETCHIE LAW**

**MARQUIS AURBACH COFFING**

*/s/ Margaret A. McLetchie*
Margaret A. McLetchie, NBN 10931
Leo S. Wolpert, NBN 12658
602 South Tenth Street
Las Vegas, NV 89101
*Attorneys of Plaintiff Nebyou Solomon*

*/s/ Nicholas D. Crosby*
Nicholas D. Crosby, NBN 8996
10001 Park Run Drive
Las Vegas, Nevada 89145
*Attorney for Defendants Las Vegas Metropolitan Police Department; Joseph Lombardo; John L. Pelletier; Richard E. Maupin; Ryan J. Fryman; Juan D. Contreras; Allen J. Pavese; and Brandon M. Meads*

**<u>ORDER</u>**

**IT IS SO ORDERED.**

_____
U.S. DISTRICT COURT JUDGE
10/22/21