MARGARET A. MCLETCHIE, Nevada Bar No. 10931
LEO S. WOLPERT, Nevada Bar No. 12658
**MCLETCHIE LAW**
602 South Tenth Street
Las Vegas, Nevada 89101
Telephone: (702) 728-5300; Fax: (702) 425-8220
Email: maggie@nvlitigation.com
*Attorneys for Plaintiff Nebyou Solomon*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NEBYOU SOLOMON, an individual, | Case. No.: 2:19-cv-00652-JAD-DJA |
| Plaintiff, | |
| vs. | |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT; JOSEPH LOMBARDO, individually and in his official capacity as Sheriff; JOHN L. PELLETIER, an individual; RICHARD E. MAUPIN, an individual; RYAN J. FRYMAN, an individual; JUAN D. CONTRERAS, an individual; ALLEN J. PAVESE, an individual; BRANDON M. MEADS, an individual; DOES I – V, individuals, | **STIPULATION AND ORDER TO EXTEND PLAINTIFF'S DEADLINE TO FILE RESPONSE TO DISPOSITIVE MOTION**<br><br>**(SECOND REQUEST) [ECF No. 121]** |
| Defendants. | |

Plaintiff NEBYOU SOLOMON, and Defendants LAS VEGAS METROPOLITAN POLICE DEPARTMENT, JOSEPH LOMBARDO, JOHN L. PELLETIER, RICHARD E. MAUPIN, RYAN J. FRYMAN, JUAN D. CONTRERAS, ALLEN J. PAVESE, and BRANDON M. MEADS (collectively "Parties") by and through their respective counsel, hereby stipulate to the following:

1.    The Parties hereby agree and stipulate to that Plaintiff NEBYOU SOLOMON shall have an additional fourteen (14) days to file his Response in Opposition to LVMPD Defendants' Motion for Partial Summary Judgment (ECF No. 118) filed on October

1

18, 2021.

2. The current Response deadline is November 22, 2021, (*see* ECF No. 121) and the requested extension would make the new deadline be December 6, 2021.

3. This extension of time is necessary to because counsel for Plaintiff has several different competing deadlines, such as a response to a motion for preliminary injunction due on November 22, 2021, in the Eighth Judicial District Court of Nevada. Additionally, Ms. McLetchie is recovering from a medical issue.

4. This is the second stipulation for an extension of time in this matter and the requested additional time to is ensure proper representation of the Parties' interests and quality briefing.[1]

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

---

[1] The deadline to file motions for summary judgment was also previously extended.

5.    This request is made in good faith and is not sought for any improper purpose or for the purpose of delay.

**IT IS SO STIPULATED.**

DATED this 18th day of November, 2021.     DATED this 18th day of November, 2021.

**MCLETCHIE LAW**                                           **MARQUIS AURBACH COFFING**

*/s/ Leo S. Wolpert*                                             */s/ Nichols D. Crosby*

Margaret A. McLetchie, NBN 10931          Nicholas D. Crosby, NBN 8996
Leo S. Wolpert, NBN 12658                        10001 Park Run Drive
602 South Tenth Street                               Las Vegas, Nevada 89145
Las Vegas, NV 89101                                  *Attorney for Defendants Las Vegas*
*Attorneys of Plaintiff Nebyou Solomon*      *Metropolitan Police Department; Joseph*
                                                                   *Lombardo; John L. Pelletier; Richard E.*
                                                                   *Maupin; Ryan J. Fryman; Juan D.*
                                                                   *Contreras; Allen J. Pavese; and Brandon*
                                                                   *M. Meads*

<u>**ORDER**</u>

**IT IS SO ORDERED.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: November 22, 2021