**Marquis Aurbach**
Nick D. Crosby, Esq.
Nevada Bar No. 8996
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
ncrosby@maclaw.com
*Attorneys for Defendants, LVMPD,
Joseph Lombardo, John Pelletier, Richard Maupin,
Ryan Fryman, Juan Contreras, Allen Pavese and
Brandon Meads*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NEBYOU SOLOMON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; JOSEPH LOMBARDO, individually and in his official capacity as Sheriff; JOHN L. PELLETIER, an individual; RICHARD E. MAUPIN, an individual; RYAN J. FRYMAN, an individual; JUAN D. CONTRERAS, an individual; ALLEN J. PAVESE, an individual; BRANDON M. MEADS, an individual; FASHION SHOW MALL, LLC, a Nevada limited-liability company; UNIVERSAL PROTECTION SERVICE, LLC, a Nevada limited-liability company; ANDREW ANTONIO, an individual, EDWARDO AGUILAR, an individual, DOES I-V, individuals,<br><br>Defendants. | Case Number: 2:19-cv-00652-JAD-CWH<br><br>**STIPULATION AND ORDER TO EXTEND LVMPD DEFENDANTS' DEADLINE TO FILE REPLY TO DISPOSITIVE MOTION**<br><br>**(FIRST REQUEST)**<br><br>ECF No. 131 |

Defendants, the Las Vegas Metropolitan Police Department (the "Department" or "LVMPD"), Joseph Lombardo ("Lombardo"), John Pelletier ("Pelletier"), Richard Maupin ("Maupin"), Ryan Fryman ("Fryman"), Juan Contreras ("Contreras"), Allen Pavese ("Pavese"), and Brandon Meads ("Meads") (collectively "LVMPD Defendants"), by and through their counsel of record, Nick D. Crosby, Esq., of the law firm of Marquis Aurbach;

MAC:14687-215 4596309_1 1/20/2022 11:42 AM

and Plaintiff Nebyou Solomon ("Solomon"), by and through his counsel of record, Margaret A. McLetchie, Esq., and Leo S. Wolpert, Esq., of McLetchie Law, hereby stipulates and requests the following:

1. The Parties hereby agree and stipulate that LVMPD Defendants shall have an additional fourteen (14) days in which to file their Reply in Support of LVMPD Defendants' Motion for Summary Judgment (ECF No. 118).

2. Plaintiff's Response in Opposition (ECF No. 128) to LVMPD Defendants' Motion for Summary Judgment was filed on January 5, 2022.

3. The current Reply deadline is January 19, 2022 and the requested extension would make the new deadline February 2, 2022.

4. This extension of time is necessary to ensure concise and appropriate briefing which will increase the likelihood that the case is decided on its merits rather than on a technicality.

5. Counsel for the Defendants was in a labor arbitration which occupied a significant amount of time and resources to prepare for and was out of the jurisdiction for personal medical reasons related to a family member.

6. This request for additional time is to ensure proper representation of the Parties' interests and quality briefing.

///
///
///
///
///
///
///
///
///

MAC:14687-215 4596309_1 1/20/2022 11:42 AM

7. This request is made in good faith and is not sought for any improper purpose or for the purpose of delay.

Dated this 20th day of January, 2022.          Dated this 20th day of January, 2022.

**MARQUIS AURBACH**                              **MCLETCHIE LAW**

By: /s/ *Nick D. Crosby, Esq.*                   By: /s/ *Margaret A. McLetchie, Esq.*
    Nick D. Crosby, Esq.                         Margaret A. McLetchie, Esq.
    Nevada Bar No. 8996                           Nevada Bar No. 10931
    10001 Park Run Drive                          Leo S. Wolpert, Esq.
    Las Vegas, Nevada 89145                       Nevada Bar No. 12658
    *Attorneys for LVMPD Defendants*              602 South Tenth Street
                                                  Las Vegas, Nevada 89101
                                                  *Attorneys for Plaintiff*

## ORDER

IT IS SO ORDERED:

_____
U.S. District Judge Jennifer A. Dorsey
January 24, 2022
*nunc pro tunc to January 19, 2022*

MAC:14687-215 4596309_1 1/20/2022 11:42 AM