**Marquis Aurbach**
Nick D. Crosby, Esq.
Nevada Bar No. 8996
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
ncrosby@maclaw.com
*Attorneys for Defendants, LVMPD, Joseph Lombardo, John Pelletier, Richard Maupin, Ryan Fryman, Juan Contreras, Allen Pavese and Brandon Meads*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NEBYOU SOLOMON, an individual,<br><br>Plaintiff<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; JOSEPH LOMBARDO, individually and in his official capacity as Sheriff; JOHN L. PELLETIER, an individual; RICHARD E. MAUPIN, an individual; RYAN J. FRYMAN, an individual; JUAN D. CONTRERAS, an individual; ALLEN J. PAVESE, an individual; BRANDON M. MEADS, an individual; FASHION SHOW MALL, LLC, a Nevada limited-liability company; UNIVERSAL PROTECTION SERVICE, LLC, a Nevada limited-liability company; ANDREW ANTONIO, an individual, EDWARDO AGUILAR, an individual, DOES I-V, individuals,<br><br>Defendants | Case Number: 2:19-cv-00652-CDS-DJA<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CHECK HEARING (FIRST REQUEST)** |

Defendants Las Vegas Metropolitan Police Department, Joseph Lombardo, John Pelletier, Richard Maupin, Ryan Fryman, Juan Contreras, Allen Pavese and Brandon Meads ("LVMPD Defendants"), by and through their counsel of record, Nick D. Crosby, Esq., of Marquis Aurbach and Plaintiff Nebyou Solomon ("Plaintiff"), by and through his counsel of record, Margaret A. McLetchie, Esq., and Leo S. Wolpert, Esq., of McLetchie Law, hereby stipulate and request the status check hearing set for April 18, 2023 per the Minute Order

MAC:14687-215 5055652_1 4/14/2023 3:39 PM

(ECF No. 135) be moved 30 days or to a date convenient for the court. The parties are engaged in settlement discussions and make this request in an effort to allow additional time for settlement discussions.

This request is made in good faith and is not sought for any improper purpose or for the purpose of delay.

Dated this 14th day of April, 2023.

MARQUIS AURBACH

By: /s/ Nick D. Crosby, Esq.
  Nick D. Crosby, Esq.
  Nevada Bar No. 8996
  10001 Park Run Drive
  Las Vegas, Nevada 89145
  *Attorneys for LVMPD Defendants*

Dated this 14th day of April, 2023.

MCLETCHIE LAW

By: /s/ Margaret A. McLetchie, Esq.
  Margaret A. McLetchie, Esq.
  Nevada Bar No. 10931
  Leo S. Wolpert, Esq.
  Nevada Bar No. 12658
  602 South Tenth Street
  Las Vegas, Nevada 89101
  *Attorneys for Plaintiff*

**ORDER**

IT IS HEREBY ORDERED that the status hearing set for April 18, 2023, at 10:30 a.m. is vacated and rescheduled to May 22, 2023, at 10:30 a.m. in LV Courtroom 6B.

_____
UNITED STATES DISTRICT JUDGE
DATED: April 17, 2023