MARGARET A. MCLETCHIE, Nevada Bar No. 10931
LEO S. WOLPERT, Nevada Bar No. 12658
**MCLETCHIE LAW**
602 South Tenth St.
Las Vegas, Nevada 89101
Telephone: (702) 728-5300; Fax: (702) 425-8220
Email: maggie@nvlitigation.com
*Counsel for Plaintiff Nebyou Solomon*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| NEBYOU SOLOMON, an individual,<br><br>　　　　　Plaintiff,<br>　　vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; JOSEPH LOMBARDO, individually and in his official capacity as Sheriff; JOHN L. PELLETIER, an individual; RICHARD E. MAUPIN, an individual; RYAN J. FRYMAN, an individual; JUAN D. CONTRERAS, an individual; ALLEN J. PAVESE, an individual; BRANDON M. MEADS, an individual; FASHION SHOW MALL, LLC, a Nevada limited-liability company; UNIVERSAL PROTECTION SERVICE, LLC, a Nevada limited-liability company; DOE SECURITY GUARDS I – III, individuals,<br><br>　　　　　Defendants. | **Case No.:** 2:19-cv-00652-CDS-DJA<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CHECK HEARING (THIRD REQUEST)** |

　　　　Plaintiff Nebyou Solomon ("Plaintiff"), by and through his counsel of record, Margaret A. McLetchie and Leo S. Wolpert, of McLetchie Law, and Defendants Las Vegas Metropolitan Police Department, Joseph Lombardo, John Pelletier, Richard Maupin, Ryan Fryman, Juan Contreras, Allen Pavese, and Brandon Meads ("LVMPD Defendants"), by and through their counsel of record, Nick D. Crosby, of Marquis Aurbach (collectively, "the Parties"), hereby stipulate and request the status check hearing for July 17, 2023, set per ECF No. 142, be moved forty-five (45) days or a date convenient for the court. Lead counsel for

1

Plaintiff will be out of town for family medical care, and the Parties are actively engaged in settlement discussions. Accordingly, this request would allow the Parties to further settlement negotiations.

This request is made in good faith and is not sought for any improper purpose or for the purpose of delay.

DATED this 3rd day of July, 2023.                     DATED this 3rd day of July, 2023.
**MCLETCHIE LAW**                                     **MARQUIS AURBACH**

*/s/ Margaret A. McLetchie*                           */s/ Nicholas D. Crosby*
Margaret A. McLetchie, NBN 10931                      Nicholas D. Crosby, NBN 8996
Leo S. Wolpert, NBN 12658                             10001 Park Run Drive
602 South Tenth Street                                Las Vegas, Nevada 89145
Las Vegas, NV 89101                                   *Attorney for Defendants Las Vegas*
*Attorneys of Plaintiff Nebyou Solomon*               *Metropolitan Police Department; Joseph*
                                                      *Lombardo; John L. Pelletier; Richard E.*
                                                      *Maupin; Ryan J. Fryman; Juan D.*
                                                      *Contreras; Allen J. Pavese; and Brandon*
                                                      *M. Meads*

## ORDER

**IT IS HEREBY ORDERED that the status hearing set for July 17, 2023, at 10:00 a.m. is vacated and rescheduled to _____, 2023, at _____, in LV Courtroom 6B.**

_____
U.S. DISTRICT COURT JUDGE
DATED: _____

2