**Marquis Aurbach**
Nick D. Crosby, Esq.
Nevada Bar No. 8996
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
ncrosby@maclaw.com
*Attorneys for LVMPD Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NEBYOU SOLOMON, an individual, | Case Number: 2:19-cv-00652-CDS-DJA |
| Plaintiff | |
| vs. | **STIPULATION AND ORDER TO CONTINUE STATUS CHECK HEARING (FOURTH REQUEST)** |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT; JOSEPH LOMBARDO, individually and in his official capacity as Sheriff; JOHN L. PELLETIER, an individual; RICHARD E. MAUPIN, an individual; RYAN J. FRYMAN, an individual; JUAN D. CONTRERAS, an individual; ALLEN J. PAVESE, an individual; BRANDON M. MEADS, an individual; FASHION SHOW MALL, LLC, a Nevada limited-liability company; UNIVERSAL PROTECTION SERVICE, LLC, a Nevada limited-liability company; ANDREW ANTONIO, an individual, EDWARDO AGUILAR, an individual, DOES I-V, individuals, | |
| Defendants | |

Plaintiff Nebyou Solomon ("Plaintiff"), by and through his counsel of record, Margaret A. McLetchie and Leo S. Wolpert, of McLetchie Law, and Defendants Las Vegas Metropolitan Police Department ("LVMPD"), Joseph Lombardo, John Pelletier, Richard Maupin, Ryan Fryman, Juan Contreras, Allen Pavese, and Brandon Meads ("LVMPD Defendants"), by and through their counsel of record, Nick D. Crosby, Esq., of the law firm of Marquis Aurbach, hereby stipulate and request the status check hearing for September 7, 2023 at 11:00 a.m., set per ECF No. 145, be moved forty-five (45) days or a date convenient for the court. Counsel for the LVMPD Defendants has been recovering from an illness which took him out of the office for a week. The parties are

MAC:14687-215 5204343_1 8/31/2023 8:27 AM

still actively engaged in settlement discussions and, as such, the instant requested extension will allow the parties to continue those discussions without incurring further fees in preparing for and attending the hearing.

This request is made in good faith and is not sought for any improper purpose or for the purpose of delay.

IT IS SO STIPULATED this 31st day of August, 2023.

| MARQUIS AURBACH | MCLETCHIE LAW |
|---|---|
| By: */s/ Nick D. Crosby, Esq.*<br>Nick D. Crosby, Esq.<br>Nevada Bar No. 8996<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>Attorney for LVMPD Defendants | By: */s/ Margaret A. McLetchie*<br>Margaret A. McLetchie, Esq.<br>Nevada Bar No. 10931<br>Leo S. Wolpert, Esq.<br>Nevada Bar No. 12658<br>602 South Tenth Street<br>Las Vegas, NV 89101<br>Attorneys of Plaintiff |

**ORDER**

IT IS HEREBY ORDERED that the parties' request is granted in part. The status hearing set for September 7, 2023, at 11:00 a.m. is vacated and rescheduled to September 21, 2023, at 10:00 a.m., in LV Courtroom 6B.

_____
U.S. DISTRICT JUDGE
DATED: August 31, 2023

MAC:14687-215 5204343_1 8/31/2023 8:27 AM