AO450 (NVD Rev. 2/18) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Nebyou Solomon

                Plaintiff,

v.

Las Vegas Metropolitan Police Department et al

                Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:19-cv-00652-CDS-DJA

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**
JUDGMENT entered in favor of Defendant and against Plaintiff.
Defendants' motion for summary judgment is GRANTED.
Case closed.

11/09/2023
Date

DEBRA K. KEMPI
Clerk

/s/ A. Zamora
Deputy Clerk