MARGARET A. MCLETCHIE, Nevada Bar No. 10931
LEO S. WOLPERT, Nevada Bar No. 12658
**MCLETCHIE LAW**
602 South Tenth St.
Las Vegas, Nevada 89101
Telephone: (702) 728-5300; Fax: (702) 425-8220
Email: maggie@nvlitigation.com
*Counsel for Plaintiff Nebyou Solomon*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NEBYOU SOLOMON, an individual,<br><br>           Plaintiff,<br><br>    vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; JOSEPH LOMBARDO, individually and in his official capacity as Sheriff; JOHN L. PELLETIER, an individual; RICHARD E. MAUPIN, an individual; RYAN J. FRYMAN, an individual; JUAN D. CONTRERAS, an individual; ALLEN J. PAVESE, an individual; BRANDON M. MEADS, an individual; FASHION SHOW MALL, LLC, a Nevada limited-liability company; UNIVERSAL PROTECTION SERVICE, LLC, a Nevada limited-liability company; ANDREW ANTONIO, an individual, EDWARDO AGUILAR, an individual, DOES I – V, individuals,<br><br>           Defendants. | Case. No.: 2:19-cv-00652-CDS-DJA<br><br>**PLAINTIFF'S NOTICE OF APPEAL** |

Plaintiff NEBYOU SOLOMON, by and through his attorneys of record, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the district court's November 9, 2023 Order Granting Defendant's Motion for Summary Judgment and Closing Case (ECF No. 156).

/ / /

/ / /

1

1    DATED this 11th day of December, 2023.

3    /s/ Margaret A. McLetchie
     MARGARET A. MCLETCHIE, Nevada Bar No. 10931
4    LEO S. WOLPERT, Nevada Bar No. 12658
     **MCLETCHIE LAW**
5    602 South Tenth St.
6    Las Vegas, Nevada 89101
     Telephone: (702) 728-5300; Fax: (702) 425-8220
7    Email: maggie@nvlitigation.com
     *Counsel for Plaintiff Nebyou Solomon*