MARGARET A. MCLETCHIE, Nevada Bar No. 10931
LEO S. WOLPERT, Nevada Bar No. 12658
**MCLETCHIE LAW**
602 South Tenth St.
Las Vegas, Nevada 89101
Telephone: (702) 728-5300; Fax: (702) 425-8220
Email: maggie@nvlitigation.com
*Counsel for Plaintiff Nebyou Solomon*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| NEBYOU SOLOMON, an individual,<br><br>                   Plaintiff,<br><br>          vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; JOSEPH LOMBARDO, individually and in his official capacity as Sheriff; JOHN L. PELLETIER, an individual; RICHARD E. MAUPIN, an individual; RYAN J. FRYMAN, an individual; JUAN D. CONTRERAS, an individual; ALLEN J. PAVESE, an individual; BRANDON M. MEADS, an individual; FASHION SHOW MALL, LLC, a Nevada limited-liability company; UNIVERSAL PROTECTION SERVICE, LLC, a Nevada limited-liability company; DOE SECURITY GUARDS I – III, individuals,<br><br>                   Defendants. | **Case No.:** 2:19-cv-00652-CDS-DJA<br><br><u>**STIPULATION AND ORDER EXTEND DEADLINE TO SUBMIT OBJECTIONS TO BILL OF COSTS (FIRST REQUEST)**</u> |

Plaintiff Nebyou Solomon ("Plaintiff"), by and through his counsel of record, Margaret A. McLetchie and Leo S. Wolpert, of McLetchie Law, and Defendants Las Vegas Metropolitan Police Department, Joseph Lombardo, John Pelletier, Richard Maupin, Ryan Fryman, Juan Contreras, Allen Pavese, and Brandon Meads ("LVMPD Defendants"), by and through their counsel of record, Nick D. Crosby, of Marquis Aurbach (collectively, "the Parties"), hereby stipulate and request that the deadline for Plaintiff to submit objections to

MCLETCHIE LAW
ATTORNEYS AT LAW
602 SOUTH TENTH ST.
LAS VEGAS, NV 8910
(702)728-5300 (T) (702)425-8220 (F)
WWW.NVLITIGATION.COM

1

Defendants' Bill of Costs submitted on November 22, 2023 (ECF No. 158) be extended two weeks, from December 6, 2023 to December 20, 2023.

This request is made in good faith and is not sought for any improper purpose or for the purpose of delay. Rather, this request is made to accommodate conflicts in the schedules of Plaintiff's counsel.

DATED this 5th day of December, 2023.

**MCLETCHIE LAW**

*/s/ Margaret A. McLetchie*
Margaret A. McLetchie, NBN 10931
Leo S. Wolpert, NBN 12658
602 South Tenth Street
Las Vegas, NV 89101
*Attorneys of Plaintiff Nebyou Solomon*

DATED this 5th day of December, 2023.

**MARQUIS AURBACH**

*/s/ Nicholas D. Crosby*
Nicholas D. Crosby, NBN 8996
10001 Park Run Drive
Las Vegas, Nevada 89145
*Attorney for Defendants Las Vegas Metropolitan Police Department; Joseph Lombardo; John L. Pelletier; Richard E. Maupin; Ryan J. Fryman; Juan D. Contreras; Allen J. Pavese; and Brandon M. Meads*

**ORDER**

**IT IS HEREBY ORDERED that Plaintiff Nebyou Solomon shall have up an until December 20, 2023 to submit objections to Defendants' Bill of Costs (ECF No. 158).**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 12/8/2023 _____

2