MARGARET A. MCLETCHIE, Nevada Bar No. 10931
LEO S. WOLPERT, Nevada Bar No. 12658
**MCLETCHIE LAW**
602 South Tenth St.
Las Vegas, Nevada 89101
Telephone: (702) 728-5300; Fax: (702) 425-8220
Email: maggie@nvlitigation.com
*Counsel for Plaintiff Nebyou Solomon*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| NEBYOU SOLOMON, an individual,<br><br>Plaintiff<br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; JOSEPH LOMBARDO, individually and in his official capacity as Sheriff; JOHN L. PELLETIER, an individual; RICHARD E. MAUPIN, an individual; RYAN J. FRYMAN, an individual; JUAN D. CONTRERAS, an individual; ALLEN J. PAVESE, an individual; BRANDON M. MEADS, an individual; FASHION SHOW MALL, LLC, a Nevada limited-liability company; UNIVERSAL PROTECTION SERVICE, LLC, a Nevada limited-liability company; DOE SECURITY GUARDS I – III, individuals,<br><br>Defendants | Case No.: 2:19-cv-00652-CDS-DJA<br><br>**STIPULATION AND ORDER EXTEND DEADLINE TO MOVE TO RETAX COSTS (FIRST REQUEST)**<br><br>[ECF No. 170] |

Plaintiff Nebyou Solomon ("Plaintiff"), by and through his counsel of record, Margaret A. McLetchie and Leo S. Wolpert, of McLetchie Law, and Defendants Las Vegas Metropolitan Police Department, Joseph Lombardo, John Pelletier, Richard Maupin, Ryan Fryman, Juan Contreras, Allen Pavese, and Brandon Meads ("LVMPD Defendants"), by and through their counsel of record, Nick D. Crosby, of Marquis Aurbach (collectively, "the Parties"), hereby stipulate and request that the deadline for Plaintiff to move to retax costs under LR 54-12 be extended one week, from January 5, 2024 to January 12, 2024.

This request is made in good faith and is not sought for any improper purpose or for the purpose of delay. Rather, this request is made to accommodate conflicts in the schedules of Plaintiff and Plaintiff's counsel.

DATED this 5th day of January, 2024.

**MCLETCHIE LAW**

/s/ Margaret A. McLetchie
Margaret A. McLetchie, NBN 10931
Leo S. Wolpert, NBN 12658
602 South Tenth Street
Las Vegas, NV 89101
*Attorneys of Plaintiff Nebyou Solomon*

DATED this 5th day of January, 2024.

**MARQUIS AURBACH**

/s/ Nicholas D. Crosby
Nicholas D. Crosby, NBN 8996
10001 Park Run Drive
Las Vegas, Nevada 89145
*Attorney for Defendants Las Vegas Metropolitan Police Department; Joseph Lombardo; John L. Pelletier; Richard E. Maupin; Ryan J. Fryman; Juan D. Contreras; Allen J. Pavese; and Brandon M. Meads*

### ORDER

IT IS HEREBY ORDERED that plaintiff Nebyou Solomon has until the end of January 12, 2024 to move to retax costs pursuant to LR 54-12.

U.S. DISTRICT JUDGE

DATED: January 9, 2024